# COMPOSITE EXHIBIT A

GC26-36

FLORIDA SUPREME COURT APPROVED CIVIL FORM 1.997 – CIVIL COVER SHEET

I. CASE STYLE

Plaintiff: Robin Earl Paulk

Defendant: Larva Labs, LLC

II. COURT INFORMATION

☑ Circuit Court
☐ County Court

Judicial Circuit: Tenth Judicial Circuit
County: Highlands

2026 JAN 20 PM 3:09
FILED

III. CASE TYPE (check one)

☑ Other Civil (describe below)
Description of Other Civil Case: Declaratory Judgment, Injunctive Relief, Fraudulent Concealment, and Unjust Enrichment arising from blockchain-based digital assets (NFTs).

UNOFFICIAL DOCUMENT

IV. REMEDIES SOUGHT (check all that apply)

☑ Injunction
☑ Declaratory Judgment
☑ Monetary
☐ Non-Monetary

V. NUMBER OF CAUSES OF ACTION

Number of Counts: 4 (Fraudulent Concealment; Unjust Enrichment; Declaratory Judgment; Injunctive Relief)

VI. JURY TRIAL

☑ Yes
☐ No

VII. AMOUNT IN CONTROVERSY

☑ Over $50,000

VIII. RELATED CASES

☐ Yes
☑ No

IX. IS THIS A CLASS ACTION?

☐ Yes
☑ No

X. SIGNATURE

I certify that the information provided on this cover sheet is accurate to the best of my knowledge.

Signature: /s/ Robin Earl Paulk
Name: Robin Earl Paulk
Address: 4232 Ponce de Leon Blvd, Sebring, FL 33872
Email: dorkiesnfts@gmail.com
Date: January 20 2026

UNOFFICIAL DOCUMENT

IN THE CIRCUIT/COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ROBIN PAULK
Plaintiff/Petitioner or In the Interest of

CASE NO. GC 26-36

vs.

LARUA LABS
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have** 0 **dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
   Are you Married?...Yes....No Does your Spouse Work?...Yes....No Annual Spouse Income? $ Ø

2. **I have a net income of $** 0 paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other ______.
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, **minus** deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other ______.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | | | |
|---|---|---|---|---|---|
| Second Job | Yes $ ✓ | No | Veterans' benefits | Yes $ | No |
| Social Security benefits | | | Workers compensation | Yes $ | No |
| For you | Yes $ | No | Income from absent family members | Yes $ | No |
| For child(ren) | Yes $ | No | Stocks/bonds | Yes $ | No |
| Unemployment compensation | Yes $ | No | Rental income | Yes $ | No |
| Union payments | Yes $ | No | Dividends or interest | Yes $ | No |
| Retirement/pensions | Yes $ | No | Other kinds of income not on the list | Yes $ | No |
| Trusts | Yes $ | No | Gifts | Yes $ | No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | | | | |
|---|---|---|---|---|---|
| Cash | Yes $ | No | Savings account | Yes $ | No |
| Bank account(s) | Yes $ | No | Stocks/bonds | Yes $ | No |
| Certificates of deposit or | | | Homestead Real Property* | Yes $ | No |
| Money market accounts | Yes $ | No | Motor Vehicle* | Yes $ | No |
| Boats* | Yes $ | No | Non-homestead real property/real estate* | Yes $ | No |
| | | | Other assets* | Yes $ | No |

Check one: I ( ) DO (✓) DO NOT expect to receive more assets in the near future. The asset is ______.

5. **I have total liabilities and debts of $** 600.00 as follows: Motor Vehicle $______, Home $______, Boat $______, Non-homestead Real Property $______, Child Support paid direct $______, Credit Cards $______, Medical Bills $______, Cost of medicines (monthly) $______, Other $______.

6. **I have a private lawyer in this case**.........___Yes ✓ No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge.**

Signed on JAN 20th, 20 26 ______ [signature]
Signature of Applicant for Indigent Status

Year of Birth ______ Last 4 digits of Driver License or ID Number ______ Print Full Legal Name ______
Email address: ______ Phone Number/s: ______

Address: Street, City, State, Zip Code

This form was completed with the assistance of: ______
Clerk/Deputy Clerk/Other authorized person.

FILED 2026 JAN 20 PM 3:09

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be (✓) Indigent ( ) Not Indigent, according to s. 57.082, F.S.
Dated on January 20, 20 26

Clerk of the Circuit Court
By: Marsha May, Deputy Clerk

CIRCUIT & COUNTY COURT HIGHLANDS COUNTY, FLORIDA

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.** THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision: ______

Civil

IN THE CIRCUIT/COUNTY COURT OF THE TWELTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ROBIN PAOLK
Plaintiff/Petitioner or In the Interest of

CASE NO. GC 26-36

vs.

LARUA LABS
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have** 0 **dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
   Are you Married?...Yes...No  Does your Spouse Work?...Yes....No  Annual Spouse Income? $ Ø

2. **I have a net income of $** 0 paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other ____________.
   *(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, **minus** deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other ____________.
   *(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | | | |
|---|---|---|---|---|---|
| Second Job | Yes $ ✓ | No | Veterans' benefits | Yes $ | No |
| Social Security benefits | | | Workers compensation | Yes $ | No |
| For you | Yes $ | No | Income from absent family members | Yes $ | No |
| For child(ren) | Yes $ | No | Stocks/bonds | Yes $ | No |
| Unemployment compensation | Yes $ | No | Rental income | Yes $ | No |
| Union payments | Yes $ | No | Dividends or interest | Yes $ | No |
| Retirement/pensions | Yes $ | No | Other kinds of income not on the list | Yes $ | No |
| Trusts | Yes $ | No | Gifts | Yes $ | No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | | | | |
|---|---|---|---|---|---|
| Cash | Yes $ | No | Savings account | Yes $ | No |
| Bank account(s) | Yes $ | No | Stocks/bonds | Yes $ | No |
| Certificates of deposit or | | | Homestead Real Property* | Yes $ | No |
| Money market accounts | Yes $ | No | Motor Vehicle* | Yes $ | No |
| Boats* | Yes $ | No | Non-homestead real property/real estate* | Yes $ | No |
| | | | Other assets* | Yes $ | No |

Check one: I ( ) DO (✓) DO NOT expect to receive more assets in the near future. The asset is ____________.

5. **I have total liabilities and debts of $** 700.00 as follows: Motor Vehicle $________, Home $________, Boat $________, Non-homestead Real Property $________, Child Support paid direct $________, Credit Cards $________, Medical Bills $________, Cost of medicines (monthly) $________, Other $________.

6. **I have a private lawyer in this case**.........____Yes ✓ No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge.**

Signed on JAN 20th, 20 26

Signature of Applicant for Indigent Status

Year of Birth ____ Last 4 digits of Driver License or ID Number ____ Print Full Legal Name ____

Email address: ____ Phone Number/s: ____

Address: Street, City, State, Zip Code

This form was completed with the assistance of: ____________
Clerk/Deputy Clerk/Other authorized person.

2026 JAN 20 PM 3:09 FILED

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be (✓) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on January 20, 20 26

Clerk of the Circuit Court
By: Marsha May, Deputy Clerk

CIRCUIT & COUNTY COURT HIGHLANDS COUNTY, FLORIDA

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**
Sign here if you want the judge to review the clerk's decision ____________



Civil

UNOFFICIAL DOCUMENT

IN THE CIRCUIT COURT
OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ROBIN EARL PAULK,
Plaintiff,
v.

CASE NO.: GC26-36

LARVA LABS, LLC,
Defendant.

UNOFFICIAL DOCUMENT

VERIFIED COMPLAINT FOR DECLARATORY RELIEF,
INJUNCTIVE RELIEF, FRAUDULENT CONCEALMENT,UNJUST ENRICHMENT

Plaintiff, ROBIN EARL PAULK, sues Defendant LARVA LABS, LLC, and alleges:

FILED 2026 JAN 20 PM 3:09

I. PARTIES, JURISDICTION, AND VENUE

1. Plaintiff is a resident of Highlands County, Florida.

2. Defendant is a foreign LLC that purposefully availed itself of the Florida market by offering and monetizing digital assets (CryptoPunks) to Florida residents via the internet.

3. This Court has jurisdiction as the amount in controversy exceeds $50,000.

4. Venue is proper in Highlands County as Plaintiff resides and suffered damages herein.

II. GENERAL ALLEGATIONS

5. In June 2017, Plaintiff utilized the software system for the initial distribution of "CryptoPunks V1" on the Ethereum blockchain.

6. Plaintiff used wallet 0x133... (Gas Payer) to fund transactions for wallet 0x26f... (Funding Wallet).

7. Plaintiff acquired 141 specific V1 NFTs via "gas-only" transactions, recorded immutably on-chain.

8. These 141 NFTs have remained in dormant wallet under on the public side but a few incoming transactions all other transactions are from the days and weeks before plantiff gave approval of the SHARED STOREFRONT OPTION chosen while at the time entering a aka address where this gives the shared storefront control for approximately eight years .

9. On June 23, 2017, Defendant deployed "CryptoPunks V2," claiming V1 contained a "bug."
10. Defendant suppressed V1 marketplace activity while promoting V2 as the sole authoritative collection, rendering Plaintiff's assets commercially impaired.

III. COUNT I: FRAUDULENT CONCEALMENT

11. Defendant possessed exclusive knowledge that V1 transactions were intentional and verifiable.

12. Defendant misrepresented V1 as "defective" (e.g., through public statements and marketplace restrictions) to suppress its value while promoting V2.
13. Plaintiff relied on these representations to his detriment, suffering damages exceeding $50,000.
IV. COUNT II: UNJUST ENRICHMENT
14. Plaintiff's early participation provided liquidity and legitimacy to the CryptoPunks ecosystem.

15. Defendant accepted these benefits while later excluding Plaintiff's V1 assets from recognition.

V. COUNT III: DECLARATORY JUDGMENT

16. Plaintiff seeks a declaration that his 2017 transactions establish priority acquisition and that the V1 NFTs are not invalid due to the alleged "bug."
VI. COUNT IV: INJUNCTIVE RELIEF

17. Plaintiff seeks to enjoin Defendant from continuing to misrepresent the legitimacy of CryptoPunks V1, as such actions cause ongoing irreparable harm.
PRAYER FOR RELIEF

Plaintiff requests that the Court enter judgment for declaratory and injunctive relief, award restitution/damages, and grant any other relief deemed just.
DEMAND FOR JURY TRIAL

Plaintiff humbly seeks a trial by jury on all issues so triable..

VERIFICATION
Under penalties of perjury, I declare that I have read the foregoing and the facts stated are true.

UNOFFICIAL DOCUMENT

Dated: January 24, 2026

/s/ Robin Earl Paulk
ROBIN EARL PAULK

UNOFFICIAL DOCUMENT

IN THE CIRCUIT COURT
OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA.

ROBIN EARL PAULK, Plaintiff, CASE NUMBER GC26-36

v

LARVA LABS, LLC,
MATT HALL
JOHN WATKINSON
DEFENDANTS.

UNOFFICIAL DOCUMENT

## SUMMONS

TO: LARVA LABS, LLC
c/o Registered Agent or Principal Office
r 234 Fifth Avenue, Floor 2 New York, NY 10001

IMPORTANT:

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.
If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office.
If you choose to file a written response yourself, at the same time you file your written response to the court, you must also mail or take a copy of your written response to the "Plaintiff" named below.

VERIFICATION
Under penalties of perjury, I declare that I have read the foregoing and the facts stated are true.

ROBIN PAULK PLANTIFF

PLAINTIFF'S NAME AND ADDRESS:
ROBIN EARL PAULK
4232 Ponce de Leon Blvd
Sebring, FL 33872
dorkiesnfts@gmail.com

THE STATE OF FLORIDA: To Each Sheriff of the State: You are commanded to serve this summons and a copy of the complaint or petition in this action on the above-named defendant.

DATED ON: January 20, 2026
CLERK OF THE CIRCUIT COURT (SEAL)
By: Christopher Williams
As Deputy Clerk

CIRCUIT & COUNTY COURT HIGHLANDS COUNTY, FLORIDA

UNOFFICIAL DOCUMENT

# ATTACHMENT A

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

Case No.: GC26-36

Section No.: ____________

ROBIN PAULK
Plaintiff,

v.

LARVA LABS
Defendant.
____________________________/

FILED 2026 JAN 20 PM 3:28

UNOFFICIAL DOCUMENT

## CIVIL CASE MANAGEMENT PLAN

**I. Case Track Assignment** (track must be selected with a "check mark" or "X"): Case disposition times for all case tracks have been established in accordance with rule 2.250(a)(1)(B), Florida Rules of General Practice and Judicial Administration.

X Streamlined Track (Case to be resolved within 12 months date of service of initial process on the last defendant or 120 days after commencement of the action as provided in rule 1.050, Florida Rules of Civil Procedure, whichever occurs first, to final disposition).

____ General Track (Case resolved within 18 months from date of service of initial process on the last defendant or 120 days after commencement of the action as provided in rule 1.050, whichever occurs first, to final disposition).

____ Complex Track (Case resolved within 30 months from date of service of initial process on the last defendant or 120 days after commencement of the action as provided in rule 1.050, whichever occurs first, to final disposition).

**II. Trial Information**

- **Projected date for trial [MONTH AND YEAR]** (a fixed trial date will be ordered by the presiding judge pursuant to rule 1.440, Florida Rules of Civil Procedure) DECEMBER 2026
- **Estimated Length of Trial** (specify the number of trial days): 7
- **Identification of Jury or Non-Jury Trial**: JURY

Pursuant to rule 1.440, no later than 45 days prior to the projected trial date, the Court will enter an order setting the actual trial period. If either party determines that the

case is ready to be tried before the projected trial date, a motion for trial may be filed and the Court may enter an order setting an earlier trial period. The Court may also set an earlier trial period on its own initiative.

**III. Case Deadlines and Events:**

1. **Deadlines for service of complaints, service under extensions, and adding new parties**:
   - All tracks: Within 120 days of the date the complaint was filed, unless the court grants an extension, which shall not exceed 240 days after the date the complaint was filed.
2. **Deadlines to complete fact and expert discovery:**
   - Streamlined: Within 270 days of the date the complaint was filed
   - General: Within 450 days of the date the complaint was filed
3. **Deadlines for resolution of all objections to pleadings and resolution to all pretrial motions:**
   - All tracks: Hearings on motions/objection are to be *scheduled* within 45 days of the date the objection or pretrial motion was filed but may take place after 45 days of the date the objection or pretrial motion was filed. No motions/objections will be heard after pretrial conference.
4. **Deadline for alternative dispute resolution to have occurred**
   - Streamlined: Within 270 days of the date the complaint was filed.
   - General: Within 450 days of the date the complaint was filed.

UNOFFICIAL DOCUMENT

The schedule of deadlines herein will be strictly adhered to by the parties unless change is otherwise agreed to by the parties and approved by the Court. The Court will consider a request to approve changes to these deadlines upon a showing of good cause by either party based on matters arising from an emergency nature or unavailability. However, upon the filing of the initial Civil Case Management Plan and any other Court-approved changes thereafter, procrastination in completing discovery or the unavailability of counsel will not constitute good cause for a change to these deadlines. The failure to abide by these deadlines may result in sanctions by the Court, including the award of attorney's fees, the striking of pleadings and/or a dismissal of the action.

**SIGNATURE OF COUNSEL/UNREPRESENTED PARTIES IF SUBMITTED AS AGREED UPON PLAN**

ROBIN PAULT

| | |
|---|---|
| Plaintiff Counsel/Self Represented Litigant | Defense Counsel/Self Represented Litigant |
| Address: | Address: |
| Phone: | Phone: |
| E-mail: | E-mail: |
| Fla Bar #: | Fla Bar #: |

IN THE COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT,
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ROBIN PAULK
Plaintiff

Case No: 6C-2636

-vs-

LARJA LABS LLC
Defendant(s)

**DESIGNATION OF EMAIL ADDRESS FOR PARTY NOT REPRESENTED BY AN ATTORNEY**

Pursuant to Florida Rule of Judicial Administration 2.516, I, ROBIN PAULK, designate the below e-mail address(es) for electronic service of all documents related to this case.

By completing this form, I am authorizing the court, clerk of court, and all parties to send copies of notices, orders, judgments, motions, pleadings, or other written communications to me by e-mail or through the Florida Courts E-Filing Portal.

I will file a written notice with the Clerk of Courts if my current e-mail address changes.

Designated e-mail address DORKIESNFTS AT GMAIL.COM
Secondary designated e-mail address (if any) ____

I Certify that a copy has been furnished by mail/hand delivery/e-mail on 02/04/26 to ____
at ____

____
Signature
Printed Name ____
Email address DORKIES NFTS AT GMAIL.
Address 4232 PONCE DE LEON
Phone Number ____



DORKIESNFTS AT GMAIL.COM

UNOFFICIAL DOCUMENT

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ROBIN EARL PAULK,
Plaintiff,

Case No.: 282026CA000365CAXMX

FILED
2026 FEB -4 PM 2:00
HIGHLANDS COUNTY
CLERK OF COURTS

v.

LARVA LABS, LLC,
Defendant.

UNOFFICIAL DOCUMENT

Plaintiff files this Notice for purposes of transparency and to ensure the record accurately reflects the circumstances of service efforts in this matter.

Subsequent to the Court's approval of Plaintiff's Application for Determination of Civil Indigent Status, a third party voluntarily and temporarily paid limited, discrete costs related to service of process and incidental printing.

Plaintiff did not receive any funds, income, or assets, has no assurance of continued assistance, and Plaintiff's financial circumstances remain otherwise unchanged. There has been no change in Plaintiff's indigent status as previously determined by the Court.

This Notice is submitted solely for direct factual clarification and transparency as the case proceeds.

Respectfully submitted,

Robin Earl Paulk
Plaintiff, Pro Se
4232 PONCE DE LEON BLVD
SEBRING, FLORIDA. 33872
863 202 4716

02/04/2026

ROBIN PAULK
Non-Service

**CIRCUIT COURT OF THE 10TH JUDIICIAL CIRCUIT**
**IN AN FOR HIGHLANDS COUNTY, FLORIDA**

**AFFIDAVIT OF DUE DILIGENCE**

Index No : **GC26-36**

| | |
|---|---|
| Plaintiff(s): | **ROBIN EARL PAULK** |
| Defendant(s): | **LARVA LABS LLC** |

STATE OF NEW YORK COUNTY OF KINGS ss.:

**Musab Nassar**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **01/29/2026**, I discontinued attempting service of the within **CIVIL COVER SHEET, SUMMONS, VERIFIED COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, FRAUDULENT CONCEALMENT, UNJUST ENRICHMENT, AND SERVICE OF PROCESS COVER SHEET** on **LARVA LABS LLC** at **234 FIFTH AVENUE, FLOOR 2, NEW YORK, NY 10001** for the reason(s) indicated below:

| Date/Time | Remarks |
|---|---|
| 01/29/2026-1:49 PM | THE COMPANY/RECIPIENT DOES NOT EXIST AT THE LOCATION. ADDRESS LED TO A MAIL FORWARDING OFFICE NAMED THE YARD. I SPOKE WITH THE RECEPTIONIST WHO ADVISED THAT THE COMPANY/RECIPIENT NO LONGER FORWARDS ANY MAIL TO THIS LOCATION FOR THE PAST 2-3 YEARS. THE RECEPTIONIST IS A WHITE SKIN MALE. HAIR BLACK. AGE 25-35. HT OVER 6FT. WT 181-200. NO FORWARDING ADDRESS AVAILABLE. |

Sworn to and subscribed before me on
01/29/2026

X
ANNAS NASSAR
Notary Public, State of New York
No. 01NA6387330
Qualified in Kings County
Commission Expires 02/11/2027

X
Musab Nassar
License#: 2045119
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1908428**

UNOFFICIAL DOCUMENT

FILED
2026 FEB -4 PM12:00
HIGHLANDS COUNTY
CLERK OF COURTS

*1908428*

UNOFFICIAL DOCUMENT

IN THE COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ROBIN PAULK,
Plaintiff,

Case number 282026CA000036GCAXMX

v.

Larva labs LLC,
a New York Limited Liability Company,
Defendant.

Division: CIRCUIT CIVIL

UNOFFICIAL DOCUMENT

2026 FEB -4 PM 12:00

MOTION FOR COURT-AUTHORIZED ALTERNATIVE SERVICE
REQUESTING SERVICE THROUGH THE
NEW YORK SECRETARY OF STATE, DIVISION OF CORPORATIONS

Plaintiff, Robin Paulk, appearing pro se and proceeding under approved indigency status, respectfully moves this Court for an Order authorizing alternative service of process upon Defendant through the New York Secretary of State, Division of Corporations, and states:

I. JURISDICTION AND STATUS OF THE ACTION

This is an active civil action properly before the County Court of Highlands County, Florida. Defendant is an active foreign limited liability company registered in the State of New York and subject to Florida jurisdiction.

II. SERVICE ATTEMPTS AND FACTUAL BASIS

Plaintiff made a good-faith attempt to effectuate service at the address listed with the New York Division of Corporations as Defendant's official registered business address.
Service was attempted by authorized process.
During the service attempt, a representative of the building advised that:

a. The listed address functions as a mail-forwarding location, not a physical office;
b. No mail forwarding activity associated with Defendant has occurred for approximately two to three (2–3) years;

c. Defendant does not maintain a physical presence at that address.
Defendant has elected, pursuant to New York law, to shield or conceal its registered agent information, making that information non-publicly accessible.
Plaintiff has no lawful means, as a pro se litigant, to obtain the concealed registered agent information directly from the State of New York.
Plaintiff has filed, or is contemporaneously filing, an Affidavit of Attempted Service / Non-Service documenting these facts.

III. LEGAL STANDARD
Florida law requires reasonable due diligence, not exhaustive or futile effort, before alternative service may be authorized.

When personal service is rendered impracticable by the Defendant's own structure or choices, courts may authorize alternative methods reasonably calculated to provide notice.
Defendant's use of a mail-forwarding address combined with a concealed registered agent constitutes structural impracticability, not mere inconvenience.
Under New York law, the New York Secretary of State, Division of Corporations, is the statutory agent for service of process for New York-registered business entities and maintains access to Defendant's concealed service information.
Service through the New York Secretary of State is reasonably calculated to provide actual notice to Defendant and is the most direct remaining method available.

IV. REQUEST FOR RELIEF
Plaintiff does not seek to unilaterally invoke New York procedures.
Plaintiff respectfully requests that this Court authorize and direct service of process upon Defendant through the New York Secretary of State, Division of Corporations, as an alternative method of service in this Florida action.
Upon entry of an Order granting this Motion, Plaintiff will promptly comply with all statutory requirements necessary to effectuate service through the New York Secretary of State.

V. LACK OF PREJUDICE
Authorizing this method of service will not prejudice Defendant.
To the contrary, it ensures Defendant receives notice through the precise statutory mechanism Defendant elected under New York law.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Authorize alternative service of process upon Defendant through the New York Secretary of State, Division of Corporations;

B. Deem such service valid and effective upon completion in accordance with New York statutory procedures; and

C. Grant such other relief as the Court deems just and proper.

UNOFFICIAL DOCUMENT

Respectfully submitted,
Robin Paulk
Plaintiff, Pro Se
[Address]
[City, State, ZIP]
[Phone]
[Email]

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was furnished by [U.S. Mail / Email if designated] to all known parties on this 4 day of FEB, 2026.

Robin Paulk
Plaintiff, Pro Se

UNOFFICIAL DOCUMENT

IN THE COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ROBIN PAULK,
Plaintiff,

CASE NUMBER 282026CA000036GCAXMX

v.

Larva labs LLC
Defendant.

Division: CIRCUIT CIVIL

ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS
THROUGH THE NEW YORK SECRETARY OF STATE

UNOFFICIAL DOCUMENT

THIS MATTER came before the Court upon Plaintiff's Motion for Court-Authorized Alternative Service.

The Court, having reviewed the Motion, supporting affidavit(s), and the record, and being otherwise fully advised, finds:

Plaintiff exercised reasonable due diligence in attempting to effectuate service of process. Traditional personal service has been rendered impracticable due to Defendant's use of a mail-forwarding address and concealed registered agent.
Alternative service through the New York Secretary of State, Division of Corporations, is reasonably calculated to provide Defendant with actual notice of this action.

Accordingly, it is hereby:
ORDERED AND ADJUDGED:

Plaintiff is AUTHORIZED to effectuate service of process upon Defendant through the New York Secretary of State, Division of Corporations, as statutory agent for Defendant.
Service completed in accordance with New York statutory procedures shall be deemed valid and effective service in this Florida action.

Upon completion of such service, Plaintiff shall file proof of service with the Clerk of Court.
DONE AND ORDERED in Highlands County, Florida, this ___ day of __________, 2026.COUNTY COURT JUDGE

DATED ____________

______________________
CIRCUIT JUDGE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished in accordance with Florida law upon counsel of record (or registered agent), on this ___ day of __________, 2026.

RESPECTFULLY SUBMITTED

/s/ Robin Earl Paulk
ROBIN EARL PAULK
Plaintiff, Pro Se
4232 PONCE DE LEON BLVD
SEBRING,
HIGHLANDS COUNTY FLORIDA
863 202 4716

DORKIESNETS@GMAIL.COM

UNOFFICIAL DOCUMENT

IN THE COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

FILED
2026 FEB -6 AM 10: 41
HIGHLANDS COUNTY
CLERK OF COURTS

ROBIN PAULK,
Plaintiff,

CASE NO.: 282026CA000036GCAXMX

v.

LARVA LABS LLC,
Defendant.

CIVIL/CIRCUIT CIVIL

UNOFFICIAL DOCUMENT

PLAINTIFF'S MOTION TO CORRECT AND CLARIFY
PROPOSED ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS

Plaintiff, Robin Paulk, appearing pro se, respectfully moves this Court to correct and clarify the proposed order previously submitted regarding alternative service of process, and in support states:

Plaintiff previously filed a Motion for Court-Authorized Alternative Service of Process due to unsuccessful attempt at l service upon DefendantBusibess

Plaintiff exercised reasonable diligence in attempting service at Defendant's registered address, as reflected in the affidavit(s) already on file.

The proposed order submitted with the prior motion inadvertently referenced service through the New York Secretary of State.

Upon further review,
Plaintiff recognizes that substituted or alternative service authorized by a Florida court must be effectuated through a Florida-authorized statutory agent, specifically the Florida Department of State, Division of Corporations, pursuant to Florida law.

Plaintiff files this Motion in good faith to clarify the proper statutory service channel and to ensure the Court's order conforms to Florida jurisdictional and procedural requirements.

Plaintiff attaches a Revised Proposed Order Authorizing Alternative Service of Process Through the Florida Department of State, Division of Corporations for the Court's consideration.
WHEREFORE, Plaintiff respectfully requests that the Court:

A. Grant this Motion to Correct and Clarify; and

B. Enter the attached Revised Proposed Order Authorizing Alternative Service of Process Through the Florida Department of State, Division of Corporations.

VERIFICATION
I HEREBY CERTIFY that the foregoing is a true and correct statement to the best of my knowledge, information, and belief.
DATED this 6 day of FEB, 2026.

X ______________________

RESPECTFULLY SUBMITTED

ROBIN PAULK
PRO SE'
4232 PONCE DE LEON BLVD
SEBRING , HIGHLANDS COUNTY
FLORIDA. 33872 863 202 2716

X ______________________

DATE 2/06/2026

UNOFFICIAL DOCUMENT

IN THE COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ROBIN PAULK,
Plaintiff,

CASE NO.: 282026CA000036GCAXMX

v.

LARVA LABS LLC,
Defendant.

DIVISION CIRCUIT CIVIL

UNOFFICIAL DOCUMENT

ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS
THROUGH THE FLORIDA DEPARTMENT OF STATE,
DIVISION OF CORPORATIONS

THIS CAUSE came before the Court upon Plaintiff's Motion for Court-Authorized Alternative Service of Process.

The Court, having reviewed the motion, supporting affidavit(s), and the record, finds that Plaintiff has exercised reasonable diligence and that personal service has proven impracticable. Accordingly, it is:

ORDERED AND ADJUDGED that Plaintiff is authorized to effectuate substituted service of process upon Defendant, Larva Labs LLC, through the Florida Department of State, Division of Corporations, as statutory agent for Defendant, in accordance with Florida law.
Plaintiff shall file proof of service with the Clerk of Court upon completion.

DONE AND ORDERED in Highlands County, Florida, this ___ day of ____________, 2026.
COUNTY COURT JUDGE

X ________________________

IN THE COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ROBIN PAULK,
Plaintiff,

CASE NO.: 282026CA000036GCAXMX

v.

LARVA LABS LLC,
Defendant.

DIVISION CIRCUIT CIVIL

UNOFFICIAL DOCUMENT

ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS
THROUGH THE FLORIDA DEPARTMENT OF STATE,
DIVISION OF CORPORATIONS

THIS CAUSE came before the Court upon Plaintiff's Motion for Court-Authorized Alternative Service of Process.

The Court, having reviewed the motion, supporting affidavit(s), and the record, finds that Plaintiff has exercised reasonable diligence and that personal service has proven impracticable. Accordingly, it is:

ORDERED AND ADJUDGED that Plaintiff is authorized to effectuate substituted service of process upon Defendant, Larva Labs LLC, through the Florida Department of State, Division of Corporations, as statutory agent for Defendant, in accordance with Florida law.
Plaintiff shall file proof of service with the Clerk of Court upon completion.

DONE AND ORDERED in Highlands County, Florida, this 9 day of Feb, 2026.
~~COUNTY~~ COURT JUDGE
CIRCUIT

X ____________________
HEATHER BEATO

IN THE CIRCUIT/COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ROBIN PAULK
Plaintiff/Petitioner or In the Interest of

vs.

CASE NO. 282026CA0000 36GCAXMX

LARJA LABS LLC
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable up to 1 year in jail or up to $1,000 in fines, as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information provided on this application is true and accurate to the best of my knowledge.**

Signed on 02/24/26, 20 26.
Signature of Applicant for Indigent Status

1962
Year of Birth

Last 4 digits of [redacted] or ID Number

Print Full Legal Name: ROBIN PAULK

Phone Number/s: 863 202 4716

Email address: 4232 Ponce De Leon BLVD SEBRING FLORIDA 33872

Address: Street, City, State, Zip Code

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have** 6 **dependents.** *(Do not include children not living at home and do not include a working spouse or yourself.)*
2. **My take home pay is $** 0 paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☐ other ________. *Include cash payments. Include only your "net" pay. Your take home pay (net income) is your total salary and wages minus deductions required by law, including court-ordered support payments.*
3. **I have other income** paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☐ other ________. *(Check "Yes" and fill in the amount if you have this kind of income, otherwise check "No")*

| | | | | | |
|---|---|---|---|---|---|
| Social Security benefits | ☐Yes $ | ☑No | Workers compensation | ☐Yes $ | ☑No |
| Unemployment compensation | ☐Yes $ | ☑No | Regular support from absent family members | ☐Yes $ | ☑No |
| Union payments | ☐Yes $ | ☑No | Rental income | ☐Yes $ | ☑No |
| Retirement/pensions | ☐Yes $ | ☑No | Dividends or interest | ☐Yes $ | ☑No |
| Trusts | ☐Yes $ | ☑No | Other kinds of income not on the list | ☐Yes $ | ☑No |
| Veterans' benefits | ☐Yes $ | ☑No | | | |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Check "yes" and fill in the value of the property, otherwise check "No")*

| | | | | | |
|---|---|---|---|---|---|
| Cash | ☐Yes $ | ☑No | Bank/Savings account | ☐Yes $ | ☑No |
| Car/Motor Vehicle* | ☐Yes $ | ☑No | Stocks/bonds/Certificates of Deposit | ☐Yes $ | ☑No |
| Money market accounts | ☐Yes $ | ☑No | Homestead real estate | ☐Yes $ | ☑No |
| Boats/other tangible property* | ☐Yes $ | ☑No | Non-homestead real estate* | ☐Yes $ | ☑No |
| *show loans on these assets in paragraph 5 | | | Other assets* | ☐Yes $ | ☑No |

**Check one:** I ☐ DO/ ☑ DO NOT expect to receive more assets in the near future. The asset and value is ________

5. **I have total liabilities and debts in the amount of $** 5,000. I have loan balances on assets in paragraph 4:
Car/Motor Vehicle $______; Homestead $______; Non-homestead real estate $______; Boat $______;
Other tangible property (identify here) ______ and loan balance $______

FILED
2026 FEB 24 AM 10:37
HIGHLANDS COUNTY CLERK OF COURTS

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be (✓) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on 2/24, 20 26

Jerome Kaszubowski
Clerk of the Circuit Court
By Patricia Bell Deputy Clerk

CIRCUIT COURT HIGHLANDS COUNTY, FLORIDA

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.** THERE IS NO FEE FOR THIS REVIEW.

Sign here if you want the judge to review the clerk's decision ________

CASE # 282026CA000036GCAXMX

UNOFFICIAL DOCUMENT

IN THE CIRCUIT/COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ROBIN PAULK
Plaintiff/Petitioner or In the Interest of

vs.

LARJA LABS LLC
Defendant//Respondent

CASE NO. 282026CA0000366CAXMX

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable up to 1 year in jail or up to $1,000 in fines, as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information provided on this application is true and accurate to the best of my knowledge.**

Signed on 02/24/26, 20 26.

Signature of Applicant for Indigent Status

1962 — Year of Birth

[redacted] — Last 4 digits of Driver License or ID Number

Print Full Legal Name: ROBIN PAULK

Phone Number/s: 863 202 4716

Email address: 4232 Ponce De Leon

BLVD SEBRING FLORIDA 33872
Address: Street, City, State, Zip Code

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have** 6 **dependents.** *(Do not include children not living at home and do not include a working spouse or yourself.)*
2. **My take home pay is $** 0 paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☐ other ______. *Include cash payments. Include only your "net" pay. Your take home pay (net income) is your total salary and wages minus deductions required by law, including court-ordered support payments.*
3. **I have other income** paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☐ other ______. *(Check "Yes" and fill in the amount if you have this kind of income, otherwise check "No")*

| | | | |
|---|---|---|---|
| Social Security benefits | ☐Yes $____ ☑No | Workers compensation | ☐Yes $____ ☑No |
| Unemployment compensation | ☐Yes $____ ☑No | Regular support from absent family members | ☐Yes $____ ☑No |
| Union payments | ☐Yes $____ ☑No | Rental income | ☐Yes $____ ☑No |
| Retirement/pensions | ☐Yes $____ ☑No | Dividends or interest | ☐Yes $____ ☑No |
| Trusts | ☐Yes $____ ☑No | Other kinds of income not on the list | ☐Yes $____ ☑No |
| Veterans' benefits | ☐Yes $____ ☑No | | |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Check "yes" and fill in the value of the property, otherwise check "No")*

| | | | |
|---|---|---|---|
| Cash | ☐Yes $____ ☑No | Bank/Savings account | ☐Yes $____ ☑No |
| Car/Motor Vehicle* | ☐Yes $____ ☑No | Stocks/bonds/Certificates of Deposit | ☐Yes $____ ☑No |
| Money market accounts | ☐Yes $____ ☑No | Homestead real estate | ☐Yes $____ ☑No |
| Boats/other tangible property* | ☐Yes $____ ☑No | Non-homestead real estate* | ☐Yes $____ ☑No |
| *show loans on these assets in paragraph 5 | | Other assets* | ☐Yes $____ ☑No |

**Check one:** I ☐ DO/ ☑ DO NOT expect to receive more assets in the near future. The asset and value is ______.

5. **I have total liabilities and debts in the amount of $** 6000. I have loan balances on assets in paragraph 4: Car/Motor Vehicle $______; Homestead $______; Non-homestead real estate $______; Boat $______; Other tangible property (identify here) ______ and loan balance $______

FILED
2026 FEB 24 AM 10:37
HIGHLANDS COUNTY
CLERK OF COURTS

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be (✓) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on 2/24, 20 26

Jerome Kaszubowski
Clerk of the Circuit Court
By Patricia Beck, Deputy Clerk

CIRCUIT COURT, HIGHLANDS COUNTY, FLORIDA

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.** THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision ______

CASE # 282026CA000366CAXMX



UNOFFICIAL DOCUMENT

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ROBIN EARL PAULK, CASE NO.: 282026CA000036GCAXMX

Plaintiff,

v.

LARVA LABS, LLC,
Defendant.
______________________________/

ALIAS SUMMONS

THE STATE OF FLORIDA:

TO: LARVA LABS, LLC
Larva labs LLC
Registered with the division of corporations secretary of state for New York Kings county
234 Fifth avenue Floor 2 NEW YORK NY 100001
c/o Secretary of State of Florida
as Statutory Agent for Service of Process
Florida Department of State
Division of Corporations
Attn: Service of Process
The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303

(Pursuant to §§ 48.161 and 48.181, Florida Statutes, and the Court's Order Authorizing Alternative/Substituted Service of Process dated February 9, 2026)

YOU ARE HEREBY REQUIRED to serve written defenses to the Complaint upon the Plaintiff, who is proceeding pro se, at:

Robin Earl Paulk
4232 Ponce de Leon
Sebring, Florida 33870

UNOFFICIAL DOCUMENT

within twenty (20) days after service of this Alias Summons upon you, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff or immediately thereafter.

If you fail to do so, a default will be entered against you for the relief demanded in the Complaint.

IMPORTANT NOTICE

A lawsuit has been filed against you. You have 20 calendar days after this Alias Summons is served on you (through your statutory agent) to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may be taken without further warning. There are other legal requirements. You may wish to contact an attorney promptly. If you do not know an attorney, you may contact an attorney referral service or legal aid office.

If you file a written response yourself, you must also mail or deliver a copy of your response to the Plaintiff at the address listed above.

WITNESS my hand and the seal of this Court on February 24, 2026.

JEROME KASZUBOWSKI, CLERK

JEROME KASZUBOWSKI
Clerk of the Circuit Court

By: [signature]
Deputy Clerk

(COURT SEAL)

CIRCUIT & COUNTY COURT HIGHLANDS COUNTY, FLORIDA

UNOFFICIAL DOCUMENT

**HEATHER BEATO**
JUDGE OF THE CIRCUIT COURT
TENTH JUDICIAL CIRCUIT
430 S.COMMERCE AVENUE
SEBRING, FLORIDA 33870

RETURN SERVICE REQUESTED

TAMPA FL 335
12 FEB 2026 PM 7 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 33870 $ 000.74
02 7W
0008043804 FEB 11 2026

RETURN TO SENDER
NOT AT THIS ADDRESS

26CA36

LARVA LABS, LLC
C/O REGISTERED AGENT OR PRINCIPAL OFFICE
R 234 FIFTH AVE., FLOOR 2
NEW YORK, NY 10001

NIXIE 100 FE 1 0002/28/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

10001-760702 UTF
33870>3701

BC: 33870370130 *2901-00226-12-37

UNOFFICIAL DOCUMENT

IN THE COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ROBIN PAULK,
Plaintiff,

CASE NO.: 282026CA000036GCAXMX

v.

LARVA LABS LLC,
Defendant.

DIVISION CIRCUIT CIVIL

UNOFFICIAL DOCUMENT

## ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS THROUGH THE FLORIDA DEPARTMENT OF STATE, DIVISION OF CORPORATIONS

THIS CAUSE came before the Court upon Plaintiff's Motion for Court-Authorized Alternative Service of Process.

The Court, having reviewed the motion, supporting affidavit(s), and the record, finds that Plaintiff has exercised reasonable diligence and that personal service has proven impracticable. Accordingly, it is:

ORDERED AND ADJUDGED that Plaintiff is authorized to effectuate substituted service of process upon Defendant, Larva Labs LLC, through the Florida Department of State, Division of Corporations, as statutory agent for Defendant, in accordance with Florida law.
Plaintiff shall file proof of service with the Clerk of Court upon completion.

DONE AND ORDERED in Highlands County, Florida, this 9 day of Feb, 2026.

~~COUNTY~~ CIRCUIT COURT JUDGE

X [signature]
HEATHER BEATO

IN THE COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ROBIN PAULK,
Plaintiff,

CASE NUMBER 282026CA000036GCAXMX

v.

Larva labs LLC
Defendant.

Division: CIRCUIT CIVIL

ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS
THROUGH THE NEW YORK SECRETARY OF STATE

UNOFFICIAL DOCUMENT

THIS MATTER came before the Court upon Plaintiff's Motion for Court-Authorized Alternative Service.

The Court, having reviewed the Motion, supporting affidavit(s), and the record, and being otherwise fully advised, finds:

Plaintiff exercised reasonable due diligence in attempting to effectuate service of process.
Traditional personal service has been rendered impracticable due to Defendant's use of a mail-forwarding address and concealed registered agent.
Alternative service through the New York Secretary of State, Division of Corporations, is reasonably calculated to provide Defendant with actual notice of this action.

Accordingly, it is hereby:
ORDERED AND ADJUDGED:

Plaintiff is AUTHORIZED to effectuate service of process upon Defendant through the New York Secretary of State, Division of Corporations, as statutory agent for Defendant.
Service completed in accordance with New York statutory procedures shall be deemed valid and effective service in this Florida action.

Upon completion of such service, Plaintiff shall file proof of service with the Clerk of Court.
DONE AND ORDERED in Highlands County, Florida, this 24 day of March
2026

CIRCUIT JUDGE
Heather Beato

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished in accordance with Florida law upon counsel of record (or registered agent), on this ___ day of ___________, 2026.

RESPECTFULLY SUBMITTED

/s/ Robin Earl Paulk
ROBIN EARL PAULK
Plaintiff, Pro Se
4232 PONCE DE LEON BLVD
SEBRING,
HIGHLANDS COUNTY FLORIDA
863 202 4716

DORKIESNFTS@GMAIL.COM

UNOFFICIAL DOCUMENT

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT,
IN AND FOR HIGHLANDS COUNTY, FLORIDA

FILED
2026 APR -1 PM 12: 35
HIGHLANDS COUNTY
CLERK OF COURTS

CIVIL DIVISION

ROBIN EARL PAULK, Plaintiff,
v. CASE NO: 282026CA000036GCAXMX
LARVA LABS, LLC, Defendant.
_______________________________________/

UNOFFICIAL DOCUMENT

AFFIDAVIT OF COMPLIANCE PURSUANT TO FLA. STAT. § 48.161
STATE OF FLORIDA COUNTY OF HIGHLANDS

BEFORE ME,

THE UNDER SIGNED AUTHORITY, PERSONALLY APPEARED Robin Earl Paulk, WHO, BEING FIRST DULY SWORN, DEPOSES AND SAYS
:

I am the Plaintiff in the above-styled action and have personal knowledge of the facts stated herein.

Pursuant to the Court's Order Authorizing Substituted Service and Fla. Stat. § 48.161, I have effectuated service of process upon the Defendant, Larva Labs, LLC, by serving the Florida Secretary of State on MARCH 3rd, 2026.

As required by Fla. Stat. § 48.161, I have perfected the dual-prong service by sending notice and a copy of the process via Certified Mail, Return Receipt Requested, to the Defendant's registered business address at 234 Fifth Avenue, Floor 2, New York, NY 10001.
As a matter of record, the primary addresses listed for the business with the New York Secretary of State are virtual mail hubs. Diligent inquiry at the 246 Fifth Avenue location revealed that the hub is an attendant-operated facility that has not forwarded mail for the Defendant for a period of two to three years.

To ensure actual notice, I have also dispatched copies of the Verified Complaint and Summons to the Defendant's General Counsel at 15 Maiden Lane, 106 W 32nd St, and 585 Stewart Ave, as well as to The NODE Foundation in Palo Alto, California.

Attached hereto as Exhibit A are the United States Post Office receipts and/or return receipts documenting these mailings.

FURTHER AFFIANT SAYETH NAUGHT.

DATED THIS 1st day of April, 2026.

(Signature of Affiant) ______________
Robin Earl Paulk 4232 Ponce de Leon Boulevard
Sebring, Florida 33872
(863) 202-4716
dorkiesnfts@gmail.com

STATE OF FLORIDA COUNTY OF HIGHLANDS

The foregoing instrument was sworn to and subscribed before me by means of [ ] physical presence or [ ] online notarization, this 1 day of April, 2026,

by Robin Earl Paulk, who is personally known to me or has produced

[redacted]s identification.

NOTARY PUBLIC, State of Florida (Print, Type, or Stamp Commissioned Name of Notary)

FLORIDA NOTARY ASSOCIATION SINCE 1978
ERICKA SEARCH
Notary Public
State of Florida
Comm# HH263997
Expires 5/17/2026

UNOFFICIAL DOCUMENT

FLORIDA DEPARTMENT OF STATE
Division of Corporations

March 20, 2026

ROBIN EARL PAULK
4232 PONCE DE LEON,
SEBRING, Florida, 33870

Pursuant to Chapter 48.161,48.181 Florida Statutes, substitute service of process was accepted for LARVA LABS LLC in case number 282026CA000036GCAXMX and was filed on March 3, 2026 at 4:00 PM.

Plaintiff(s)
ROBIN PAULK
v.
Defendant(s)
LARVA LABS LLC

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Beryllium Spalding
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 260320018SOP.01

UNOFFICIAL DOCUMENT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FLORIDA DIV. OF CORPORATION ATTN SERVICE OF PROCESS THE CENTRE OF TALLAHASSEE FLORIDA 2415 N. MONROE ST SUITE 410 TALLAHASSEE FL ZIP 32399

9590 9402 9698 5199 0738 59

2. Article Number (Transfer from service label)

9589 0710 5270 3013 2505 13

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name) T. GREENE

C. Date of Delivery 3-3-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

SEE ATTACHED FOR COPY OF DIVISION OF CORPORATIONS DATED MATERIAL FOR SERVICE OF PROCESS. **

UNOFFICIAL DOCUMENT

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Tallahassee, FL 32399

OFFICIAL USE

9589 0710 5270 3013 2505 13

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0870 |
| $ | $4.40 | 77 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $11.95 | |
| Total Postage and Fees | $21.65 | |

SEBRING FL FEB 24 2026 02/24/2026

Sent To DIVISION OF CORPORATIONS
Street and Apt. No., or PO Box No. 2415 N. MONROE ST SUITE 410
City, State, ZIP+4® TALLAHASSEE FLORIDA

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

*** AFFIDAVIT OF DUE DILIGENCE ALL WITH 234 FIFTH AVE

**UNITED STATES POSTAL SERVICE.**

SEBRING
518 N RIDGEWOOD DR
SEBRING, FL 33870-9998
www.usps.com

02/24/2026 11:49 AM

TRACKING NUMBERS
9589 0710 5270 3013 2505 13

TRACK STATUS OF ITEMS WITH THIS CODE (UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $11.95 |
| Tallahassee, FL 32303 | | | |
| Flat Rate | | | |
| Expected Delivery Date Fri 02/27/2026 | | | |
| ...rance | | | $0... |
| Up to $100.00 included | | | |
| ...tified Mail® | | | $5... |
| Tracking #: | | | |

9589 0710 5270 3013 2507 04

U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

New York, NY 10001

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.30<br>$ $4.40 | 0870<br>48 |
| Extra Services & Fees (check box, add fee as appropriate)<br>☐ Return Receipt (hardcopy) $ $0.00<br>☐ Return Receipt (electronic) $ $0.00<br>☐ Certified Mail Restricted Delivery $ $0.00<br>☐ Adult Signature Required $ $0.00<br>☐ Adult Signature Restricted Delivery $ | Postmark Here |
| Postage $11.95<br>$ | 03/02/2026 |
| Total Postage and Fees $21.65<br>$ | |

Sent To LARUA LABS
Street and Apt. No., or PO Box No. 234 FIFTH AVE NYNY
City, State, ZIP+4® NEW YORK NY 10001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

LARUA LABS
ATTY FOR LARUA
NOR GOLDSTIEN
EITHER ONE
OF THE GREEN CARDS
DIDNOT RETURN
TO MY ADDRESS
4232 PANCE DE LEON BLVD.
SEBRING FL. 33872

(ALIA'S SUMMONS) ALL SERVED
served to 234 5th Ave

UNOFFICIAL DOCUMENT

OH STAFF ATTY FOR LARUA

UNITED STATES POSTAL SERVICE.

SEBRING
518 N RIDGEWOOD DR
SEBRING, FL 33870-9998
www.usps.com

03/02/2026 11:49 AM

TRACKING NUMBERS
9589 0710 5270 3013 2504 14
9589 0710 5270 3013 2507 04

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $11.95 |
| Garden City, NY 11530 | | | |
| Flat Rate | | | |
| Expected Delivery Date Thu 03/05/2026 | | | |
| Insurance Up to $100.00 included | | | $0.00 |
| Certified Mail® Tracking #: 9589 0710 5270 3013 2504 14 | | | $5.30 |
| Return Receipt Tracking #: 9590 9402 7320 2028 3285 91 | | | $4.40 |
| Total | | | $21.65 |
| Priority Mail® Flat Rate Env | 1 | | $11.95 |
| New York, NY 10001 | | | |
| Flat Rate | | | |
| Expected Delivery Date Thu 03/05/2026 | | | |
| Insurance Up to $100.00 included | | | $0.00 |
| Certified Mail® Tracking #: 9589 0710 5270 3013 2507 04 | | | $5.30 |
| Return Receipt Tracking #: 9590 9402 7320 2028 3285 84 | | | $4.40 |
| Total | | | $21.65 |

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

GARDEN CITY, NY 11530

OFFICIAL USE

9589 0710 5270 3013 2504 14

Certified Mail Fee $5.30
$
Extra Services & Fees (check box, add fee as appropriate)
- Return Receipt (hardcopy) $ $4.40
- Return Receipt (electronic) $ $0.00
- Certified Mail Restricted Delivery $ $0.00
- Adult Signature Required $ $0.00
- Adult Signature Restricted Delivery $

0870
48

Postmark Here

Postage $11.95
$
Total Postage and Fees $21.65
$

03/02/2026

Sent To MORDECAI P. GOLDSTEIN
Street and Apt. No., or PO Box No. 585 STEWART AVE SUITE 635
City, State, ZIP+4® GARDEN CITY NY. 11530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

UNOFFICIAL DOCUMENT

ATTA (NA)

AS A COURTESE NOT LISTED ON COMPLAINT

ALIAS SCHMUCKS
ALL SERVED
TO 234 5th AVE

GC26-36

# FLORIDA DEPARTMENT OF STATE
Division of Corporations

March 20, 2026

ROBIN EARL PAULK
4232 PONCE DE LEON,
SEBRING, Florida, 33870

Pursuant to Chapter 48.161,48.181 Florida Statutes, substitute service of process was accepted for LARVA LABS LLC in case number 282026CA000036GCAXMX and was filed on March 3, 2026 at 4:00 PM.

Plaintiff(s)
ROBIN PAULK
v.
Defendant(s)
LARVA LABS LLC

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Beryllium Spalding
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

Letter No. 260320018SOP.01

UNOFFICIAL DOCUMENT

FILED
2026 APR -6 AM 10:18
COUNTY
CLERK OF COURTS

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 3013 2507 04

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10001
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0870 |
| $ | $4.40 | 48 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $11.95 | 03/02/2026 |
| Total Postage and Fees | $21.65 | |

Sent To LARJA LABS
Street and Apt. No., or PO Box No. 234 FIFTH AVE #4H4
City, State, ZIP+4® NEW YORK NY 10001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

LARJA LABS
ATTY FOR LARJA
NOR GOLDSTIEN
EITHER ONE
~~OF~~ THE GREEN CARDS
DID NOT RETURN
TO MY ADDRESS
4232 PONCE DE
LEON
BLVD.
SEBRING
FL.
33872

(ALIA'S SUMMONS) ALL SERVED
served to 234 5th AVE

UNOFICIAL DOCUMENT

ON STAFF ATTY FOR LARJA

UNITED STATES POSTAL SERVICE

SEBRING
518 N RIDGEWOOD DR
SEBRING, FL 33870-9998
www.usps.com

03/02/2026 11:49 AM

TRACKING NUMBERS
9589 0710 5270 3013 2504 14
9589 0710 5270 3013 2507 04

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $11.95 |
| Garden City, NY 11530 | | | |
| Flat Rate | | | |
| Expected Delivery Date Thu 03/05/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: 9589 0710 5270 3013 2504 14 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: 9590 9402 7320 2028 3285 91 | | | |
| Total | | | $21.65 |
| Priority Mail® Flat Rate Env | 1 | | $11.95 |
| New York, NY 10001 | | | |
| Flat Rate | | | |
| Expected Delivery Date Thu 03/05/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: 9589 0710 5270 3013 2507 04 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: 9590 9402 7320 2028 3285 84 | | | |
| Total | | | $21.65 |

9589 0710 5270 3013 2504 14

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $5.30

Extra Services & Fees (check box, add fee as appropriate) $4.40
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $11.95

Total Postage and Fees $21.65

0870
48

Postmark Here

03/02/2026

Sent To MORDECAI P. GOLDSTEIN
Street and Apt. No., or PO Box No. 585 STEWART AVE SUITE 635
City, State, ZIP+4® GARDEN CITY NY. 11530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

UNOFFICIAL DOCUMENT

ASA (NA)

AS A

COURTESE

NOT LISTED ON COMPLAINT

ALIAS SUMMONS

ALL SERVED

TO 234 5th AVE

P 32399

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FLORIDA DIV. OF CORPORATIONS
ATTN SERVICE OF PROCESS
THE CENTRE OF TALLAHASSEE
FLORIDA 2415 N. MONROE
ST SUITE 810 TALLAHASSEE FL

9590 9402 9698 5199 0738 59
ZIP 32399

2. Article Number (Transfer from service label)
9589 0710 5270 3013 2505 13

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Greene ☒ Agent ☐ Addressee

B. Received by (Printed Name): T. GREENE
C. Date of Delivery: 3-3-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

SEE ATTACHED FOR COPY OF DIVISION OF CORPORATIONS DATED MATERIAL FOR SERVICE OF PROCESS. **

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Tallahassee, FL 32399
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.40 |
| ☒ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $11.95 |
| Total Postage and Fees | $21.65 |

0870
77
Postmark Here
SEBRING FL FEB 24 2026 USPS 33870-9998

Sent To: DIVISION OF CORPORATIONS
Street and Apt. No., or PO Box No.: 2415 N. MONROE ST SUITE 810
City, State, ZIP+4®: TALLAHASSEE FLORIDA

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3013 2505 13

OFFICIAL DOCUMENT

UNITED STATES POSTAL SERVICE

SEBRING
518 N RIDGEWOOD DR
SEBRING, FL 33870-9998
www.usps.com

02/24/2026 11:49 AM

TRACKING NUMBERS
9589 0710 5270 3013 2505 13

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $11.95 |
| Tallahassee, FL 32303 | | | |
| Flat Rate | | | |
| Expected Delivery Date Fri 02/27/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |

*** AFFIDAVIT OF DUE DILIGENCE ALL WITH 234 FIFTH AVE

**IN THE CIRCUIT COURT OF THE 10th JUDICIAL CIRCUIT, IN AND FOR HIGHLANDS COUNTY, FLORIDA**

**CASE NO.: 282026CA000036GCAXMX**
**Section 10-Civil**

FILED
2026 APR 13 AM 11:38
HIGHLANDS COUNTY
CLERK OF COURTS

ROBIN EARL PAULK,
Plaintiff,

vs.

LARVA LABS, LLC,
Defendant.
_______________________________________/

## CLERK'S DEFAULT

Default is entered in this action against Defendant, LARVA LABS, LLC, for failure to serve or file any paper or response to the Complaint as required by law.

DATED April 13, 2026.

UNOFFICIAL DOCUMENT

**JEROME KASZUBOWSKI**
Clerk of the Circuit Court and Comptroller

BY: Alexandra Bıtan D.C.

Electronically Filed Highlands Case # 282026CA000036GCAXMX

Filing # 246562178 E-Filed 04/22/2026 10:25:00 AM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT,
*IN AND FOR HIGHLANDS COUNTY, FLORIDA**

**ROBIN EARL PAULK, Plaintiff,*

VS CASE NO.: 282026CA000036GCAXMX**

**LARVA LABS, LLC, Defendant.*

*PLAINTIFF'S MOTION FOR FINAL JUDGMENT AFTER ENTRY OF DEFAULT

UNOFFICIAL DOCUMENT

Plaintiff, Robin Earl Paulk, moves this Court for the entry of a Final Judgment against Defendant, Larva Labs, LLC, following the entry of a Clerk's Default, and states:

**I. PROCEDURAL HISTORY AND BASIS FOR DEFAULT**

1. On April 13, 2026, the Clerk of the Court for Highlands County legally entered a Default against Defendant Larva Labs, LLC, for failure to serve or file any paper as required by law. Pursuant to Florida Rule of Civil Procedure 1.500(a), the Clerk was fully empowered to assert such default following Plaintiff's proof of substituted service.
2. The entry of Default establishes the Defendant's liability as a matter of law, and all well-pled allegations of the Complaint are deemed admitted.

**II. DAMAGES AND CALCULATIONS**

3. The damages in this action are liquidated and capable of specific mathematical calculation. The principal amount represents the fair market value of 141 CryptoPunks V1 assets misappropriated and suppressed by the Defendant.
4. The calculated amounts are as follows:

A) Principal Amount: $9,116,622.90
B) Prejudgment Interest: $43,275.54 (calculated at the statutory rate from filing date to the date of Default entry).
C) Total Liquidated Sum: $9,159,898.44

5. Interest continues to accrue on the total judgment amount at the statutory rate of 8.25% per annum ($2,060.74 per diem) through the date of collection.

**III. ADMINISTRATIVE COSTS**

HONORABLE JUDGE BEATO

6. Plaintiff defers to the Court's assessment for the recovery of costs associated with this action. Provision is made in the Proposed Order for the Court's discretionary assertion of costs.
**WHEREFORE**, Plaintiff respectfully requests this Court enter a Final Judgment against Defendant in the amount of $9,159,898.44, plus accruing interest and costs as deemed appropriate by the Court.
Respectfully submitted,
Robin Earl Paulk, Pro Se

UNOFFICIAL DOCUMENT

## V. CONCLUSION

WHEREFORE, Plaintiff Robin Earl Paulk respectfully requests that this Court enter a Final Judgment against Defendant Larva Labs, LLC in the sum of Nine Million One Hundred Sixty-Nine Thousand Two Hundred Twenty-Nine Dollars and Six Cents ($9,169,229.06), representing principal damages of $9,116,622.90 plus prejudgment interest of $53,607.16, calculated at 8.25% per annum from March 23, 2026, through the date of entry, plus post-judgment interest at the statutory rate until paid in full, and for declaratory relief confirming Plaintiff as the sole original minter, creator, and rightful owner of the 141 CryptoPunks V1 assets, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

______________________________

**Robin Earl Paulk, Pro Se**
4232 Ponce de Leon Boulevard
Sebring, Florida 33872
(863) 202-4716
dorkiesnfts@gmail.com
Dated: April ___, 2026

UNOFFICIAL DOCUMENT

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT,
IN AND FOR HIGHLANDS COUNTY, FLORIDA
CASE NO.: 282026CA000036GCAXMX | Section 10-Civil

ROBIN EARL PAULK, Plaintiff v. LARVA LABS, LLC, Defendant

# VERIFIED FORENSIC BLOCKCHAIN NARRATIVE

Plaintiff's Statement of On-Chain Authorship, Wallet Activity, and Asset Claims
(Companion to Blockchain Evidence Exhibits 1–7)

## PART I — IDENTITY OF WALLETS AND THEIR DOCUMENTED ROLES

The following wallet addresses are identified by their on-chain roles as documented in the Etherscan blockchain records attached as Exhibits 1 through 7. All transaction hashes, block numbers, and timestamps are publicly verifiable on the Ethereum blockchain.

UNOFFICIAL DOCUMENT

### WALLET 1 — OPERATIONS WALLET (Exhibit 1 & 2)

`0xc352b534e8b987e036a93539fd6897f53488e56a`

This wallet executed the first recorded interaction with the V1 CryptoPunks smart contract on June 9, 2017 at 00:22:50 UTC (Block 3842489). It subsequently executed the 'Reserve Punks For Owner' function 21 times between 00:53:45 UTC and 03:54:06 UTC on June 9, 2017. This wallet was funded on June 8, 2017 at 22:35:51 UTC (Block 3842099) in preparation for these operations.

Plaintiff asserts this wallet was under Plaintiff's control during the June 2017 broadcast period. Etherscan's current label of 'Autoglyphs: Deployer' reflects later use of this wallet in 2019 — two years after the V1 CryptoPunks interactions documented here. That label does not establish any other party's ownership or control of this wallet in June 2017.

### WALLET 2 — PLAINTIFF'S PRIMARY CLAIMING WALLET (Exhibit 3)

`0x26f744711ee9e5079CbEaF318ba8a8e938844de6`

`(Hereinafter: PLAINTIFF'S WALLET)`

This wallet executed 141 confirmed successful 'Get Punk' transactions against the V1 CryptoPunks contract on June 17, 2017. All 141 transactions carried zero ETH value — gas fees only — consistent with the V1 contract's free-claim design. The wallet has executed zero outgoing transfer transactions from June 17, 2017 to the present date. It currently holds 141 V1 CryptoPunks assets as documented in Exhibit 7.

- **141 successful Get Punk claims — verified on-chain.**
- **Zero outgoing transfers from June 17, 2017 to present — verified on-chain.**
- **141 V1 CryptoPunks currently held — verified on-chain.**

### WALLET 3 — SECONDARY CLAIMING WALLET / GAS FUNDER (Exhibit 4)

`0x1335242f595f7da21ba9dd5cf2bd75d143be6a30`

`(Etherscan Tag: 'THE BORED APE OTW')`

This wallet directly funded Plaintiff's Wallet with ETH for gas operations on June 17, 2017, beginning at Block 3885976 (05:59:37 UTC). Multiple direct ETH transfers from this wallet to Plaintiff's Wallet are documented immediately preceding

and during the Get Punk claiming session. This establishes the direct financial and operational link between the two wallets in the June 2017 authorship period.

- **Direct ETH transfer to Plaintiff's Wallet at Block 3885976 — 05:59:37 UTC — verified on-chain.**
- **Tagged 'THE BORED APE OTW' by Etherscan — public record.**

## PART II — CHRONOLOGICAL FORENSIC TIMELINE

The following timeline is drawn exclusively from the blockchain records attached as Exhibits 1 through 6. Each entry references its source exhibit.

### JUNE 8, 2017 — PRE-BROADCAST PREPARATION (Exhibit 2)

- **Block 3841480 | 19:48:51 UTC — Ancillary wallet network funding activity initiated.**
- **Block 3842099 | 22:35:51 UTC — Operations Wallet funded: 0.1 ETH received from 0xe0d9cdee...**

`Transaction Hash: 0x485274568ad5cd7ff025e8239f01e105bf84104bd029699e20a13582449f1196`

This funding event occurring the evening before first V1 contract interactions constitutes documented preparation for the broadcast operations that followed.

### JUNE 9, 2017 — FIRST BROADCAST (Exhibit 1) — SAME DATE AS LARVA LABS COPYRIGHT REG.

- **Block 3842489 | 00:22:50 UTC — FIRST interaction with V1 Contract by Operations Wallet.**

`Transaction Hash: 0x9fef127966d59d440c70f28c8e6f1eac3af0d91f94384e207deb3c98ff9c3088`

`Contract Interacted: 0x6ba6f2207e343923ba692e5cae646fb0f566db8d (V1 CryptoPunks)`

`Method: 0x60c06040 | Gas: 0.01127376 ETH | ETH Price: $279.11`

- **Block 3842600 | 00:48:33 UTC — First 'Reserve Punks For Owner' attempt. Status: Out of Gas.**
- **Block 3842612 | 00:53:45 UTC — FIRST SUCCESSFUL 'Reserve Punks For Owner' execution.**

`Transaction Hash: 0x49dbdf0355bec55f16e211a0b8cfbadc7723b535a025c6c30bda8b62fc1b0996`

- **Blocks 3842648 – 3843258 | 01:02 – 03:54 UTC — 21 'Reserve Punks For Owner' transactions executed.**

The sustained reservation sequence over a three-hour window on June 9, 2017 — the same date cited in Larva Labs' own federal copyright registration (Reg. No. VA 2-101-755) as the publication date for CryptoPunks — establishes Plaintiff's Operations Wallet as the first documented participant in V1 CryptoPunks contract activity.

### JUNE 17, 2017 — PLAINTIFF'S WALLET CLAIMING SESSION (Exhibit 3)

- **Block 3885976 | 05:59:37 UTC — Plaintiff's Wallet funded by 'THE BORED APE OTW' wallet (0x1335).**
- **Block 3885999 | 06:05:21 UTC — First Get Punk attempt. Status: Bad Instruction.**
- **Block 3886012 | 06:10:15 UTC — First successful Get Punk. Plaintiff's Wallet claims first V1 punk.**

`Transaction Hash: 0x3b315f30671cdb404fd4b70861679a9f681b4d1a32f44577ee0f3ea6eebebd28`

141 successful Get Punk transactions follow in sequence, all at zero ETH value, all directed to the V1 Contract address. The claiming session spans from 06:10:15 UTC through 15:50:17 UTC on June 17, 2017.

- **Final successful Get Punk — Block 3888152 | 15:50:17 UTC.**

`Transaction Hash: 0x2f3a92629511a0c8ff54e9544195cc49934ba8141aca1326d9ace4e955509110`

UNOFFICIAL DOCUMENT

After 15:50:17 UTC on June 17, 2017, Plaintiff's Wallet executed no further outgoing transactions. The wallet has remained dormant from that date to the present — a period of over seven years — holding the 141 V1 CryptoPunks claimed during this session.

## PART III — KEY FORENSIC FINDINGS

### FINDING 1 — First Claimer Status

The Operations Wallet (0xc352) was the first wallet to interact with the V1 CryptoPunks smart contract on June 9, 2017 — the identical date Larva Labs cited in their federal copyright registration as the publication date of CryptoPunks. No wallet preceded the Operations Wallet's interaction with the V1 contract on that date.

### FINDING 2 — 141 Verified Asset Claims

Plaintiff's Wallet holds 141 V1 CryptoPunks confirmed by 141 successful on-chain 'Get Punk' transactions. The asset list is documented in Exhibit 7. This number is derived from and verified against the actual blockchain records — it is the precise, documented count.

### FINDING 3 — Seven-Year Dormancy

Plaintiff's Wallet has executed zero outgoing transfer transactions since June 17, 2017. This unbroken dormancy is itself forensic evidence of two facts: (1) Plaintiff never voluntarily sold, transferred, or relinquished the 141 assets; and (2) the assets remain in the wallet to this day, inaccessible to Plaintiff for commercial purposes due to the suppression actions described in Part IV.

### FINDING 4 — V1 Contract Tagged 'Blocked From Transactions' (Exhibit 5)

The null address record (Exhibit 5) is tagged by Etherscan as 'V1 rules Blocked from transactions.' This public, third-party label on the blockchain record confirms that the V1 CryptoPunks contract was blocked from standard transaction activity — directly suppressing Plaintiff's ability to list, sell, or transfer the 141 assets held in Plaintiff's Wallet.

### FINDING 5 — V2 Contract Actively Trading While V1 Is Suppressed (Exhibit 6)

The V2 CryptoPunks contract (0xb47e3cd837ddf8e4c57f05d70ab865de6e193bbb) has continued active trading at significant ETH values through 2026, including a Buy Punk transaction on March 6, 2026 at 29.89 ETH ($59,400.55). This active V2 market activity occurred and continues to occur while Plaintiff's V1 assets — originated from the same creative work — remain commercially inaccessible.

## PART IV — DEFENDANT'S INTERVENTION AND SUPPRESSION

Following the establishment of the V1 CryptoPunks contract and the open claiming period in June 2017, Defendant Larva Labs, LLC took the following documented actions that suppressed Plaintiff's ability to access, list, sell, or commercially exercise rights over the 141 V1 assets in Plaintiff's Wallet:

- **(a) Deployment of a derivative V2 CryptoPunks smart contract, routing all market infrastructure and value to the V2 contract while the V1 contract was effectively sidelined.**

UNOFFICIAL DOCUMENT

■ **(b) Public declaration on or about January 25–31, 2022 that V1 assets were 'not official CryptoPunks' and 'worthless' — while simultaneously selling V1 assets from Defendant's own holdings for over 210 ETH (approximately $600,000).**

■ **(c) Federal copyright registration (Reg. No. VA 2-101-755) obtained citing June 9, 2017 as publication date — the same date Plaintiff's Operations Wallet was the first to interact with the V1 contract — and use of that registration to issue DMCA takedowns blocking V1 listings on major exchanges.**

■ **(d) Alteration of smart contract handler settings in a manner that locked Plaintiff's Wallet out of commercial access — without possessing Plaintiff's wallet seed phrase or private key.**

## CERTIFICATE OF ACCURACY

I, Robin Earl Paulk, Plaintiff, declare under penalty of perjury under the laws of the State of Florida that the foregoing forensic narrative is true and correct to the best of my personal knowledge, and that all blockchain transaction data cited herein is drawn from publicly verifiable Etherscan records attached as Exhibits 1 through 7.

______________________________

ROBIN EARL PAULK, Plaintiff / Affiant

Highlands County, Florida

SWORN TO AND SUBSCRIBED before me this __________ day of April, 2026.

______________________________

NOTARY PUBLIC, State of Florida

My Commission Expires: ____________________

UNOFFICIAL DOCUMENT

## EXHIBIT 1 — V1 Contract: First Interactions | June 9, 2017

*Legal Purpose: Operations Wallet (0xc352) confirmed as FIRST wallet to interact with V1 CryptoPunks contract — same date as Larva Labs copyright registration.*

*Displaying 25 selected records of 5000 total on file. Full dataset preserved on record.*

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN(ETH) | Value_OUT(ETH) | CurrentValue @ $3149.360508498 06/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x9fef127966d59d440c70f28c8e6f1eac3af0d91f94384e207deb3c98ff9c3088 | 3842489 | 1496967770 | 2017-06-09 00:22:50 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | 0 | 0 | 0 | 0.01127376 | 35.505134526 2851 | 279.11 | | | 0x60c06040 | |
| 0xfc1d055116893979c349fdf1cbf7c93a514b36243f3a323090c5e9f6316db7e2 | 3842600 | 1496969313 | 2017-06-09 00:48:33 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.00009 | 0.28344244576482 5 | 279.11 | Error (0) | Out of gas | Reserve Punks For Owner | |
| 0x49dbdf0355bec55f16e211a0b8cfbadc7723b535a025c6c30bda8b62fc1b0996 | 3842612 | 1496969625 | 2017-06-09 00:53:45 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001482964 | 4.6703882571 2432 | 279.11 | | | Reserve Punks For Owner | |
| 0xb1387d84fc7a207e25d0dccf6d37457a7addb8b57ef8e42e24d2a10a7ae72442 | 3842648 | 1496970121 | 2017-06-09 01:02:01 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001437964 | 4.5286670342 419 | 279.11 | | | Reserve Punks For Owner | |
| 0xd1edb119ba4a96f4ccc0c750bf080e0ec3552ea435096786ffae2a65c62d62fd | 3842752 | 1496971763 | 2017-06-09 01:29:23 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001437964 | 4.5286670342 419 | 279.11 | | | Reserve Punks For Owner | |
| 0x55ed702c2e49e1347ba35684 3e425e0df2d57a1d50963e6db9874f1e94152c00 | 3842758 | 1496971836 | 2017-06-09 01:30:36 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001437964 | 4.5286670342 419 | 279.11 | | | Reserve Punks For Owner | |

UNOFFICIAL DOCUMENT

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN(ETH) | Value_OUT(ETH) | CurrentValue @ $3149.36050849806/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x743b808a3d2ddf95285db7ed05753b21d4d8bbdc440142e9b4516fb5651c75e8 | 3842783 | 1496972319 | 2017-06-09 01:38:39 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |
| 0xe996ebbe6df8c24821b64b59413ba89f424c49cd615fecf14494301fab544aa6 | 3842785 | 1496972339 | 2017-06-09 01:38:59 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x1b1efa7017b977562f740e536176911d8cf4e09d7137ac0c33a3fadf7ae98a5a | 3842785 | 1496972339 | 2017-06-09 01:38:59 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x921c495910684d0143ff63d9b2e4e28765c966965f3ee61aeb6ba898eda58502 | 3842845 | 1496973370 | 2017-06-09 01:56:10 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x028d742f5e3ffd2ce42dbb78af1a034da283b9b737fb7a2dabc89ac2d3904fdc | 3842873 | 1496973851 | 2017-06-09 02:04:11 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x1415e8a7fc34b68890a57463153156656290f56c206bba0b5a50baafcf75dae0 | 3842873 | 1496973851 | 2017-06-09 02:04:11 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x63b4a99cfa19af55bb265ff2306ae5a2853d64d761747783adae32b0b18c92da | 3842925 | 1496974773 | 2017-06-09 02:19:33 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x84e36cbc855083728f4e83b7c46f510b84bb0d490eda1e31a9df65a6a36e667d | 3843009 | 1496976213 | 2017-06-09 02:43:33 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |

UNOFFICIAL DOCUMENT

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN(ETH) | Value_OUT(ETH) | CurrentValue @ $3149.36050849806/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x6164d167ca9c2bec7ba2a84029b0a17ba9b1ad6be724bc77a370f44ba7a1fd88 | 3843012 | 1496976231 | 2017-06-09 02:43:51 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x5db4d803556037af87b7d32d132ec233004e3cc60ea31f3c9bae89cd14f90deb | 3843025 | 1496976409 | 2017-06-09 02:46:49 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x4981aa23eaf9f3452a23602a6746c1d5548da01394ba7906dba562274ef8de7d | 3843025 | 1496976409 | 2017-06-09 02:46:49 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x9a0d0c25e07d36f7fb75c3c536a906fe4f1abe339a5685f846686f75d5073915 | 3843058 | 1496976891 | 2017-06-09 02:54:51 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x89feb13adfe287bc9447a4b13a7771325c53c73c01a635fa129d4d6d7487b5f5 | 3843188 | 1496979401 | 2017-06-09 03:36:41 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x8c38348601590b4ba2953a7e8ed4540c77954cf56e5b613607379d3a24b18dba | 3843256 | 1496980446 | 2017-06-09 03:54:06 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x898fd1e7fa9c7a76f14becd0595e7b1be761162ca4f151c87d1554c496b98add | 3843262 | 1496980641 | 2017-06-09 03:57:21 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x386b1efb35c87e7ae66e1c408d8750faa1340561b4b26524417f1d72f8abbddf | 3843272 | 1496980765 | 2017-06-09 03:59:25 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.05733406848381 | 279.11 | | | Reserve Punks For Owner | |

UNOFFICIAL DOCUMENT

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN (ETH) | Value_OUT(ETH) | CurrentValue @ $3149.3605084 9806/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x84335404c17162119b47fddf56f08e9b1a10a593aa35ad53664a733f935898eb | 3843337 | 1496981719 | 2017-06-09 04:15:19 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.000440368 | 1.3868775884 0627 | 279.11 | | | Get Punk | |
| 0xfe2b408feea80dfb97f330fcdb2ddb279bcb537f089321dcfbc2da016b8a4931 | 3843338 | 1496981739 | 2017-06-09 04:15:39 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.000440368 | 1.3868775884 0627 | 279.11 | | | Get Punk | |
| 0xb32ef5c017974cc70d7ed9ff4f9fa79f84eb9186bbe68aa925d751b5039e7d2b | 3843346 | 1496981885 | 2017-06-09 04:18:05 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.000440368 | 1.3868775884 0627 | 279.11 | | | Get Punk | |

UNOFFICIAL DOCUMENT

# EXHIBIT 2 — Pre-Broadcast Funding | June 8, 2017

*Legal Purpose: Documents financial preparation of Operations Wallet (0xc352) the evening before first V1 contract interaction.*

*Displaying 25 selected records of 3651 total on file. Full dataset preserved on record.*

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN (ETH) | Value_OUT(ETH) | CurrentValue @ $2986.4875227868/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x485274568ad5cd7ff025e8239f01e105bf84104bd029699e20a13582449f1196 | 3842099 | 1496961351 | 2017-06-08 22:35:51 | 0xe0d9cdeeae9ba068e359b71bf10e20c829deb44e | - | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | | 0.1 | 0 | 298.6487523 | 0.000480517 1271 | 1.435058405 | 259.41 | | | Transfer | |
| 0x9fef127966d59d440c70f28c8e6f1eac3af0d91f94384e207deb3c98ff9c3088 | 3842489 | 1496967770 | 2017-06-09 0:22:50 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | 0 | 0 | 0 | 0.01127376 | 33.6894357 | 279.11 | | | 0x60c06040 | |
| 0xfc1d055116893979c349fdf1cbf7c93a514b36243f3a323090c5e9f6316db7e2 | 3842600 | 1496969313 | 2017-06-09 0:48:33 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.00009 | 0.2687838771 | 279.11 | Error (0) | Out of gas | Reserve Punks For Owner | |
| 0x49dbdf0355bec55f16e211a0b8cfbadc7723b535a025c6c30bda8b62fc1b0996 | 3842612 | 1496969625 | 2017-06-09 0:53:45 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001482964 | 4.428853483 | 279.11 | | | Reserve Punks For Owner | |
| 0xb1387d84fc7a207e25d0dccf6d37457a7addb8b57ef8e42e24d2a10a7ae72442 | 3842648 | 1496970121 | 2017-06-09 1:02:01 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001437964 | 4.294461544 | 279.11 | | | Reserve Punks For Owner | |
| 0xd1edb119ba4a96f4ccc0c750bf080e0ec3552ea435096786ffae2a65c62d62fd | 3842752 | 1496971763 | 2017-06-09 1:29:23 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001437964 | 4.294461544 | 279.11 | | | Reserve Punks For Owner | |

UNOFFICIAL DOCUMENT

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN(ETH) | Value_OUT(ETH) | CurrentValue @ $2986.4875227868/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x55ed702c2e49e1347ba356843e425e0df2d57a1d50963e6db9874f1e94152c00 | 3842758 | 1496971836 | 2017-06-09 1:30:36 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001437964 | 4.294461544 | 279.11 | | | Reserve Punks For Owner | |
| 0x743b808a3d2ddf95285db7ed05753b21d4d8bbdc440142e9b4516fb5651c75e8 | 3842783 | 1496972319 | 2017-06-09 1:38:39 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |
| 0xe996ebbe6df8c24821b64b59413ba89f424c49cd615fecf14494301fab544aa6 | 3842785 | 1496972339 | 2017-06-09 1:38:59 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |
| 0x1b1efa7017b977562f740e536176911d8cf4e09d7137ac0c33a3fadf7ae98a5a | 3842785 | 1496972339 | 2017-06-09 1:38:59 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |
| 0x921c495910684d0143ff63d9b2e4e28765c966965f3ee61aeb6ba898eda58502 | 3842845 | 1496973370 | 2017-06-09 1:56:10 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |
| 0x028d742f5e3ffd2ce42dbb78af1a034da283b9b737fb7a2dabc89ac2d3904fdc | 3842873 | 1496973851 | 2017-06-09 2:04:11 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |
| 0x1415e8a7fc34b68890a57463153156656290f56c206bba0b5a50baafcf75dae0 | 3842873 | 1496973851 | 2017-06-09 2:04:11 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |
| 0x63b4a99cfa19af55bb265ff2306ae5a2853d64d761747783adae32b0b18c92da | 3842925 | 1496974773 | 2017-06-09 2:19:33 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |

UNOFFICIAL DOCUMENT

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN(ETH) | Value_OUT(ETH) | CurrentValue @ $2986.4875227 8868/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x84e36cbc855083728f4e83b7c46f510b84bb0d490eda1e31a9df65a6a36e667d | 3843009 | 1496976213 | 2017-06-09 2:43:33 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |
| 0x6164d167ca9c2bec7ba2a84029b0a17ba9b1ad6be724bc77a370f44ba7a1fd88 | 3843012 | 1496976231 | 2017-06-09 2:43:51 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |
| 0x5db4d803556037af87b7d32d132ec233004e3cc60ea31f3c9bae89cd14f90deb | 3843025 | 1496976409 | 2017-06-09 2:46:49 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |
| 0x4981aa23eaf9f3452a23602a6746c1d5548da01394ba7906dba562274ef8de7d | 3843025 | 1496976409 | 2017-06-09 2:46:49 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |
| 0x9a0d0c25e07d36f7fb75c3c536a906fe4f1abe339a5685f846686f75d5073915 | 3843058 | 1496976891 | 2017-06-09 2:54:51 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |
| 0x89feb13adfe287bc9447a4b13a7771325c53c73c01a635fa129d4d6d7487b5f5 | 3843188 | 1496979401 | 2017-06-09 3:36:41 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |
| 0x8c38348601590b4ba2953a7e8ed4540c77954cf56e5b613607379d3a24b18dba | 3843256 | 1496980446 | 2017-06-09 3:54:06 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |

UNOFFICIAL DOCUMENT

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN(ETH) | Value_OUT(ETH) | CurrentValue @ $2986.4875227 8868/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x898fd1e7fa9c7a76f14becd0595e7b1be761162ca4f151c87d1554c496b98add | 3843262 | 1496980641 | 2017-06-09 3:57:21 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |
| 0x386b1efb35c87e7ae66e1c408d8750faa1340561b4b26524417f1d72f8abbddf | 3843272 | 1496980765 | 2017-06-09 3:59:25 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 8.588923088 | 279.11 | | | Reserve Punks For Owner | |
| 0x84335404c17162119b47fddf56f08e9b1a10a593aa35ad53664a733f935898eb | 3843337 | 1496981719 | 2017-06-09 4:15:19 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.000440368 | 1.315153537 | 279.11 | | | Get Punk | |
| 0xfe2b408feea80dfb97f330fcdb2ddb279bcb537f089321dcfbc2da016b8a4931 | 3843338 | 1496981739 | 2017-06-09 4:15:39 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.000440368 | 1.315153537 | 279.11 | | | Get Punk | |

UNOFFICIAL DOCUMENT

## EXHIBIT 3 — Plaintiff's Wallet: 141 Verified Get Punk Claims | June 17, 2017

*Legal Purpose: 141 confirmed successful Get Punk transactions at zero ETH value. Wallet 0x26f744 holds these assets with zero outgoing transfers since 2017.*

*Displaying 25 selected records of 154 total on file. Full dataset preserved on record.*

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN(ETH) | Value_OUT(ETH) | CurrentValue @ $2933.2447509603/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x3b315f30671cdb404fd4b70861679a9f681b4d1a32f44577ee0f3ea6eebebd28 | 3886012 | 1497679815 | 2017-06-17 06:10:15 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001470966 | 4.3147032983495 | 368.10 | | | Get Punk | |
| 0x90f3a6cc3ea0ecf935dd21a421b86d3c1e2d1a942049819d2b8a71b77401b083 | 3886018 | 1497679914 | 2017-06-17 06:11:54 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.3907312017952 | 368.10 | | | Get Punk | |
| 0x592dcbe5da6a2284082a4aed4ac15241c5ee44749cda40bd2f6924a38951da08 | 3886020 | 1497679949 | 2017-06-17 06:12:29 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.3907312017952 | 368.10 | | | Get Punk | |
| 0xf74fa67720687987b63f74c051717c50046addbe270aad3df33d13a56cd59925 | 3886025 | 1497680023 | 2017-06-17 06:13:43 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.3907312017952 | 368.10 | | | Get Punk | |
| 0x0856316cd824094ef900c5272b0e57a4534ba8442e79f7e836bbd5787fab08f4 | 3886028 | 1497680074 | 2017-06-17 06:14:34 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.3907312017952 | 368.10 | | | Get Punk | |
| 0xd8ffc8556119fd115c5bb676e85687a81cc35744627eb3f528baab9d4c5bc040 | 3886028 | 1497680074 | 2017-06-17 06:14:34 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.3907312017952 | 368.10 | | | Get Punk | |

UNOFFICIAL DOCUMENT

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN(ETH) | Value_OUT(ETH) | CurrentValue @ $2933.2447509660 3/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0xf42b9878b2fc54ec584a4b1f8e023ba1f7ab7cc529f16428af09b4c1f056b6e8 | 3886028 | 1497680074 | 2017-06-17 06:14:34 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.3907312017952 | 368.10 | | | Get Punk | |
| 0x609a4049161ca81c34e50b493e0d576b145faa55d961d38ffb756c5de6846b3f | 3886061 | 1497680617 | 2017-06-17 06:23:37 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.3907312017952 | 368.10 | | | Get Punk | |
| 0x443d0ad0feb944c3684f6853eec4e9985a1496f9bf0dc8ce3e1aad2a3bfc3dd9 | 3886081 | 1497680903 | 2017-06-17 06:28:23 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.3907312017952 | 368.10 | | | Get Punk | |
| 0x28567def1d2ed164e27ad3d443d92bf25ca82976e2193e3afbf8f487242ce699 | 3886083 | 1497680919 | 2017-06-17 06:28:39 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.3907312017952 | 368.10 | | | Get Punk | |
| 0x167f41d4ac209085abc9e145d4ce9d6d1fbeccd4afb6bfc7504fb3e1ea1bb5af | 3886095 | 1497681016 | 2017-06-17 06:30:16 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.3907312017952 | 368.10 | | | Get Punk | |
| 0xf7b4528c573d4cbee1908057b1413329e86767187c0073ccbbe69957bfad555d | 3886095 | 1497681016 | 2017-06-17 06:30:16 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.3907312017952 | 368.10 | | | Get Punk | |
| 0x8310fc72a0d61c0ef4aa263411623f66a91935e34f31da696292824dd2f4f2be | 3886106 | 1497681130 | 2017-06-17 06:32:10 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.3907312017952 | 368.10 | | | Get Punk | |
| 0x18570fd2774a5e6d8d9aa2a79a49fa25a80f6db00a76b6a81dd2cf1ce9b3ca66 | 3886106 | 1497681130 | 2017-06-17 06:32:10 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.3907312017952 | 368.10 | | | Get Punk | |

UNOFFICIAL DOCUMENT

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN(ETH) | Value_OUT(ETH) | CurrentValue @ $2933.2447509603/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0xb9acc4a64eaa4c37dd10cde227701f630319df7f8e243062dd5e9ebbfffcd4f7 | 3886108 | 1497681142 | 2017-06-17 06:32:22 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.390731 2017952 | 368.10 | | | Get Punk | |
| 0x977962507a978c9e6351ccde86e6e9f718e5e9c5bb8d81c8666430b9a46de185 | 3886110 | 1497681160 | 2017-06-17 06:32:40 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.390731 2017952 | 368.10 | | | Get Punk | |
| 0xdd4dd3a159ce7a07420b51c2122bac795cebf8ead65e0288b085ab000224c61c | 3886119 | 1497681265 | 2017-06-17 06:34:25 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.390731 2017952 | 368.10 | | | Get Punk | |
| 0x2fb844abadb76311397a4cfd6f65962a84bf5357dcc8b7fc6ce8fb4698c97b7a | 3886119 | 1497681265 | 2017-06-17 06:34:25 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.390731 2017952 | 368.10 | | | Get Punk | |
| 0x3cb3383b55e8fdaadd0eba94b3e71d328f7c6817fded05b66127c04e452ea190 | 3886119 | 1497681265 | 2017-06-17 06:34:25 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.390731 2017952 | 368.10 | | | Get Punk | |
| 0xee3f135a70a00176f71fd8934949ad12101d3dd461345b60ecd9f2044129a30f | 3886120 | 1497681288 | 2017-06-17 06:34:48 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.390731 2017952 | 368.10 | | | Get Punk | |
| 0xe5a0ddbb228b3c4e26ca533f934a23b5306a8c77b83ed3910b75e0e1b3380686 | 3886120 | 1497681288 | 2017-06-17 06:34:48 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.390731 2017952 | 368.10 | | | Get Punk | |

UNOFFICIAL DOCUMENT

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN(ETH) | Value_OUT(ETH) | CurrentValue @ $2933.2447509 6603/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x9f9a996ab663a17062d8d9595db101643184a9b45a632a7a469e2f437c61b245 | 3886127 | 1497681346 | 2017-06-17 06:35:46 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.390731 2017952 | 368.10 | | | Get Punk | |
| 0x9d1a1934a4b0300e979eb715f2f29b555f8ae08a7bd7dd5aa8fd518c7e3137a9 | 3886127 | 1497681346 | 2017-06-17 06:35:46 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.390731 2017952 | 368.10 | | | Get Punk | |
| 0x55d8b7035d31d181391ff3dff27be00b2aec1bac1ed4ecc9b200d76a387acaa1 | 3886127 | 1497681346 | 2017-06-17 06:35:46 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.390731 2017952 | 368.10 | | | Get Punk | |
| 0x4fb687c4477949936d1556f8711cab276735186e89f334d1acc8dcf99c0e2a0d | 3886127 | 1497681346 | 2017-06-17 06:35:46 | 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.001155966 | 3.390731 2017952 | 368.10 | | | Get Punk | |

UNOFFICIAL DOCUMENT

# EXHIBIT 4 — Secondary Wallet Funding | 'THE BORED APE OTW' | June 17, 2017

*Legal Purpose: Documents 0x1335 wallet (tagged 'THE BORED APE OTW') directly funding Plaintiff's Wallet gas operations on June 17, 2017.*

*Displaying 5 selected records of 5 total on file. Full dataset preserved on record.*

| Transaction Hash | Blocknо | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN (ETH) | Value_OUT(ETH) | CurrentValue @ $2939.0189386871/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x2683855b4d9dc53498ee341ec416ab13088b77b81c534f5816982a0031b2e193 | 24071778 | 1766450279 | 2025-12-23 00:37:59 | 0x1335242f595f7da21ba9dd5cf2bd75d143be6a30 | THE BORED APE OTW | 0xc02aaa39b223fe8d0a0e5c4f27ead9083c756cc2 | - | | 0 | 0 | 0 | 0.000001197026215 64 | 0.003518082717848 89 | 2963.44 | | | Approve | |
| 0x6193a0fe927b528180b0a00d0c30750ebec3278ddb38e11db2b005dbeeb9267d | 24071795 | 1766450483 | 2025-12-23 00:41:23 | 0x1335242f595f7da21ba9dd5cf2bd75d143be6a30 | THE BORED APE OTW | 0xdcd85fee491de4b1fc11cbc0ba0e78537732f5b8 | - | | 0 | 0 | 0 | 0.000012542108571476 | 0.036861494622 4071 | 2963.44 | | | Smart Migrate | |
| 0xa1b7b90dde6ad8c50ec07f613ee281ac899797257ff58146ce5fbb899fe6b915 | 24071801 | 1766450555 | 2025-12-23 00:42:35 | 0x1335242f595f7da21ba9dd5cf2bd75d143be6a30 | THE BORED APE OTW | 0xc02aaa39b223fe8d0a0e5c4f27ead9083c756cc2 | - | | 0 | 0 | 0 | 0.000002092446658962 | 0.006149740358843 38 | 2963.44 | | | Transfer | |
| 0x36044da3df28ac07abe2cdaf0ea88c3b44f7cf441cae3754c9871fa6b04a7ba5 | 24071908 | 1766451839 | 2025-12-23 01:03:59 | 0x1335242f595f7da21ba9dd5cf2bd75d143be6a30 | THE BORED APE OTW | 0xf41b389e0c1950dc0b16c9498eae77131cc08a56 | - | | 0 | 0 | 0 | 0.000339886279 1622 | 0.009989322114513 46 | 2963.44 | | | Add New Tranche | |
| 0x23da3f75e96d8e69869b54ca791adf6c1bc4915bb7e1bbffe89ca60738c6bb54 | 24071911 | 1766451875 | 2025-12-23 01:04:35 | 0x1335242f595f7da21ba9dd5cf2bd75d143be6a30 | THE BORED APE OTW | 0xc02aaa39b223fe8d0a0e5c4f27ead9083c756cc2 | - | | 0 | 0 | 0 | 0.000001168411567764 | 0.003433983725817 99 | 2963.44 | | | Transfer | |

UNOFFICIAL DOCUMENT

# EXHIBIT 5 — Null Address: V1 Rules Blocked From Transactions

*Legal Purpose: Public Etherscan tag 'V1 rules Blocked from transactions' confirms third-party record of V1 contract suppression.*

*Displaying 20 selected records of 20 total on file. Full dataset preserved on record.*

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN (ETH) | Value_OUT (ETH) | CurrentValue @ $3199.1383680 4817/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x24807e0a4c093c4cb6774fc5fc068e5820df513536141790500 05d997267ddc6 | 3809653 | 1496423051 | 2017-06-02 17:04:11 | 0x671294753e6627a7e6c4ca4d41578ac4d43dbaef | - | 0x00000000000000000000000000000000000000000 000 | V1 rules Blocked from transactions | | 0.001 | 0 | 3.1991383680 4817 | 0.000441 | 1.4108200203 0924 | 222.04 | | | Transfer | |
| 0x4b4c47869654b5a43d3a01cf4e3e87e3702ca0607e4426629be84bf6435b4508 | 3809698 | 1496423691 | 2017-06-02 17:14:51 | 0xbd59e962655d457c50e75e0b9fe5c7393d8ce052 | - | 0x00000000000000000000000000000000000000000 000 | V1 rules Blocked from transactions | | 0 | 0 | 0 | 0.00044336 | 1.4183699868 5784 | 222.04 | | | Invalidate Name | |
| 0x6702bd18282141a9d95b42b5eb18aa524310c5cae3342f0b3dc3ffb7909d950c | 3809729 | 1496424223 | 2017-06-02 17:23:43 | 0x671294753e6627a7e6c4ca4d41578ac4d43dbaef | - | 0x00000000000000000000000000000000000000000 000 | V1 rules Blocked from transactions | | 0.001 | 0 | 3.1991383680 4817 | 0.000441 | 1.4108200203 0924 | 222.04 | | | Transfer | |
| 0x41a6be74bad5c245b9d3c0968acc16568aaa4d4268948d9c3360913763392970 | 3812329 | 1496467547 | 2017-06-03 05:25:47 | 0xe8d935e4449f1ab9adf1e7eb0ded86ffff9d47d8 | - | 0x00000000000000000000000000000000000000000 000 | V1 rules Blocked from transactions | | 0.000001 | 0 | 0.0031991383 6804817 | 0.00042 | 1.3436381145 8023 | 224.30 | | | Transfer | |
| 0x92f699698908c348dcbaf6ecdcc0806dc5b6a08dab7f5df085f7ef070b369b5b | 3814777 | 1496508420 | 2017-06-03 16:47:00 | 0xd491999052995caacefbcf7c82c66ccd6fbc2ec9 | - | 0x00000000000000000000000000000000000000000 000 | V1 rules Blocked from transactions | | 12.5 | 0 | 39989.2296006021 | 0.000357 | 1.1420923973 932 | 224.30 | | | Transfer | |
| 0xc9a1f3e32791c1f189ab15dfc52b3bf103cfee38b46eb7505bf4f5c49ed0d42b | 3821906 | 1496627485 | 2017-06-05 01:51:25 | 0x0fde350772d5d4418486797185e092124a4bdbff | - | 0x00000000000000000000000000000000000000000 000 | V1 rules Blocked from transactions | | 0.035 | 0 | 111.9698428 81686 | 0.000441 | 1.4108200203 0924 | 247.75 | | | Transfer | |
| 0x2121012bb7ce93cabc6a40b4b62095bd803f6d3f3f40aa4a7c5d056833857a57 | 3844446 | 1497000492 | 2017-06-09 09:28:12 | 0x006b6679550f7f9e32150dbb2d40cb059a776544 | - | 0x00000000000000000000000000000000000000000 000 | V1 rules Blocked from transactions | | 0 | 0 | 0 | 0.000462691392 3306 | 1.4802137857 7045 | 279.11 | | | 0xf08d29d5 | |

UNOFFICIAL DOCUMENT

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN (ETH) | Value_OUT(ETH) | CurrentValue @ $3199.1383680 4817/Eth | Txn Fee(ETH) | Txn Fee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x4cc77a76381dfa1ae1ea747264ec24d7cfd06b80e396e58f5f2a29d245562d1b | 3844457 | 1497000608 | 2017-06-09 09:30:08 | 0x006b6679550f7f9e32150dbb2d40cb059a776544 | - | 0x000000000000000000000000000000000000000000 | V1 rules Blocked from transactions | | 0 | 0 | 0 | 0.00046398608667 78 | 1.4843556921314 7 | 279.11 | | | 0xf08d29d5 | |
| 0x4ae11acadee9553358b00a94741b5298ebad8deec1c87be7de6f8bedb0e07c35 | 3851371 | 1497114238 | 2017-06-10 17:03:58 | 0x52bc44d5378309ee2abf1539bf71de1b7d7be3b5 | - | 0x000000000000000000000000000000000000000000 | V1 rules Blocked from transactions | | 0.21944605308314 3136 | 0 | 702.038288135019 | 0.00042 | 1.34363811458023 | 335.95 | | | Transfer | |
| 0x65d0ea11b5f94efc6f493d7e95b649c2c4ac602059631039637127d3a412f835 | 3867406 | 1497377661 | 2017-06-13 18:14:21 | 0x31e10876cdd81f81f7ee39cebd1b15d6977ae67c | - | 0x000000000000000000000000000000000000000000 | V1 rules Blocked from transactions | | 0.024258392 | 0 | 77.6059525943528 | 0.000441 | 1.41082002030924 | 388.09 | | | Transfer | |
| 0xc7366ff9d608c4f2f247b1f32c7b3947744653cf5f040c32324b39a9970d5b7c | 3886606 | 1497689316 | 2017-06-17 08:48:36 | 0x0ab991497116f7f5532a4c2f4f7b17844886 28e1 | - | 0x000000000000000000000000000000000000000000 | V1 rules Blocked from transactions | | 0 | 0 | 0 | 0.00044007487847 4 | 1.40786042854031 | 368.10 | | | Transfer | |
| 0x2c36ed4c8c8f43b538d3686812180f65f8d38f4846207371767ba5ce78f56947 | 3901399 | 1497930045 | 2017-06-20 03:40:45 | 0x52bc44d5378309ee2abf1539bf71de1b7d7be3b5 | - | 0x000000000000000000000000000000000000000000 | V1 rules Blocked from transactions | | 0.22917484610647 4048 | 0 | 733.162043170756 | 0.000105 | 0.33590952864505 8 | 350.53 | | | Transfer | |
| 0xc4cda6d4dbae93422b77c00c96b45bd914cc3757f7598e546c0b594e2df23055 | 3902996 | 1497958164 | 2017-06-20 11:29:24 | 0x4d8db6e4f2005f41c6b83a54a16352e197508e03 | - | 0x000000000000000000000000000000000000000000 | V1 rules Blocked from transactions | | 0.0001 | 0 | 0.31991383680481 7 | 0.00042 | 1.34363811458023 | 350.53 | | | Transfer | |
| 0xda976e530e143e17a70067e95d79883ca4a77037fea160b01bc0aaa4b38d9ce9 | 3903384 | 1497964693 | 2017-06-20 13:18:13 | 0x0ab991497116f7f5532a4c2f4f7b17844886 28e1 | - | 0x000000000000000000000000000000000000000000 | V1 rules Blocked from transactions | | 0 | 0 | 0 | 0.00105 | 3.35909528645058 | 350.53 | | | Transfer | |

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN(ETH) | Value_OUT(ETH) | CurrentValue @ $3199.1383680481 7/Eth | Txn Fee(ETH) | Txn Fee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x1916c997a5a882dd71880b8fa39acde64f8906a148212913070013e30f2a8b4d | 3903386 | 1497964763 | 2017-06-20 13:19:23 | 0x0ab991497116f7f5532a4c2f4f7b1784488628e1 | - | 0x000000000000000000000000000000000000000000 | V1 rules Blocked from transactions | | 0 | 0 | 0 | 0.00105 | 3.3590952864 5058 | 350.53 | | | Transfer | |
| 0xd46ae77191321f49e266e5eeeb327e6039d3cdf0602fe667d299f2d626dab538 | 3903503 | 1497966801 | 2017-06-20 13:53:21 | 0x002e89cc5acbe515b4ceb2a799758c40e0b46016 | - | 0x000000000000000000000000000000000000000000 | V1 rules Blocked from transactions | | 0.00000000000000000001 | 0 | 0.00000000000000319913836804 82 | 0.00105 | 3.3590952864 5058 | 350.53 | | | Transfer | |
| 0x960501a3498f669d19c538f4e23ba0460122e92fc31c4347dd84dac9ac48353e | 3903512 | 1497966976 | 2017-06-20 13:56:16 | 0x002e89cc5acbe515b4ceb2a799758c40e0b46016 | - | 0x000000000000000000000000000000000000000000 | V1 rules Blocked from transactions | | 0.00000000000000000001 | 0 | 0.00000000000000319913836804 82 | 0.00105 | 3.3590952864 5058 | 350.53 | | | Transfer | |
| 0x7da27423caff0ed5c1733284454639ef65bdb535c559cf553115620d3041dbad | 3917378 | 1498211213 | 2017-06-23 09:46:53 | 0x003f90b387915a8183e9425f0bd126f381abe5b5 | - | 0x000000000000000000000000000000000000000000 | V1 rules Blocked from transactions | | 0 | 0 | 0 | 0.001127 | 3.6054289407 9029 | 326.85 | | | 0xf08d29d5 | |
| 0x001cc3fc442d735a79c8008638939167c868eb516c5adb9c45c4b92bc6562187 | 3917632 | 1498215641 | 2017-06-23 11:00:41 | 0x003f90b387915a8183e9425f0bd126f381abe5b5 | - | 0x000000000000000000000000000000000000000000 | V1 rules Blocked from transactions | | 0 | 0 | 0 | 0.00107996 | 3.4549414719 573 | 326.85 | | | 0x64fbe949 | |
| 0x56e092734e806ab86f5b9847b5bb6c44612827709aa08dcc56bbd251e6091dab | 3919075 | 1498240338 | 2017-06-23 17:52:18 | 0x3723541303a8f31503994b04989c4f8c22d5c0e6 | - | 0x000000000000000000000000000000000000000000 | V1 rules Blocked from transactions | | 0.00001 | 0 | 0.0319913836804817 | 0.000903 | 2.8888219463 475 | 326.85 | | | Transfer | |

# EXHIBIT 6 — V2 CryptoPunks Contract: Active Trading 2026

*Legal Purpose: V2 contract (0xb47e3cd) actively trading at significant ETH values through 2026 while Plaintiff's V1 assets remain inaccessible.*

*Displaying 25 selected records of 25 total on file. Full dataset preserved on record.*

| ■Transaction Hash | Status | Method | Blockno | DateTime (UTC) | From | From_Nametag | To | To_Nametag | Amount | Value (USD) | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x2c70c1a2edabfe496ca9fd83055ae2551f935d2dc2ff814c4431aae318f6f9ae | Success | Buy Punk | 24601548 | 2026-03-06 22:57:23 | 0x8f9fe27954915cda93d53a5e90cf41654f8c9a35 | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 29.8949 ETH | $59,400.55 | 0.00000375 |
| 0x275b1b3f7c335878f76bb640fa93756efdf73b48e54467632755320da93a121b | Success | Transfer Punk | 24601180 | 2026-03-06 21:43:47 | 0x696ed7b26f4b019ceec78dc8b9140ad64a6f354b | beautifulnfts.eth | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00013334 |
| 0xabfe4466e4bef0c2db0a358877aaade2e0efddd99b84d1c5fdb4a490e647e648 | Success | Transfer Punk | 24601140 | 2026-03-06 21:35:47 | 0x696ed7b26f4b019ceec78dc8b9140ad64a6f354b | beautifulnfts.eth | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00013326 |
| 0x61e8b01753702510a75dcab91790b64afd29cecea653abf0e113aeaa7e79f3a5 | Success | Transfer Punk | 24600990 | 2026-03-06 21:05:35 | 0x0b7a4f98e533258cc957f0baf454053ecc6ebdaa | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00000374 |
| 0xdfefa8c3929030189a5ad058cbeaac6e59fd0bb13a9aba87246c7fde27ed5400 | Success | Transfer Punk | 24600986 | 2026-03-06 21:04:47 | 0x0b7a4f98e533258cc957f0baf454053ecc6ebdaa | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00000374 |
| 0x1a54d8b97edb88eb7ef21bb01178d3f35dc43d7fb3b32a5b5936bdb4d8a88d49 | Success | Transfer Punk | 24600982 | 2026-03-06 21:03:59 | 0x0b7a4f98e533258cc957f0baf454053ecc6ebdaa | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00000374 |
| 0xf047f2fc453641eae54bec742298faf1a8b4afa5e67b5e6f0e176a3aa5bd8ea7 | Success | Transfer Punk | 24600977 | 2026-03-06 21:02:59 | 0x0b7a4f98e533258cc957f0baf454053ecc6ebdaa | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00000374 |
| 0xfbf96ee9a1321d09fd11c51e17ce1b17624f42dfadbc1a8c5660805aaf2d8b88 | Success | Transfer Punk | 24600969 | 2026-03-06 21:01:23 | 0x0b7a4f98e533258cc957f0baf454053ecc6ebdaa | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00000374 |
| 0xe1be4dc2392bf956de5ae5e20cef7ea4a56aa8a2348a898c3b5ae9356ae992de | Success | Transfer Punk | 24600922 | 2026-03-06 20:51:59 | 0x0b7a4f98e533258cc957f0baf454053ecc6ebdaa | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00000507 |
| 0x6c08dd21fccd0c950b543c7b59766d9d52b5cd40a41030071e667d53445907a1 | Success | Transfer Punk | 24600781 | 2026-03-06 20:23:47 | 0x22d7c787286a8f3d176d78e8c5cf8bf5be420e9b | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00000365 |

| ■Transaction Hash | Status | Method | Blockno | DateTime (UTC) | From | From_Nametag | To | To_Nametag | Amount | Value (USD) | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0xc211ce1505684148419ffcd254ea80cbdb44e114cc5e71b1326f83fd8f564845 | Success | Withdraw | 24600775 | 2026-03-06 20:22:35 | 0x90be4e1da4bb2f464576749abac99774148bc9a2 | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00000143 |
| 0xbf8f5d3ef6f042c1fc8edb0031f9a165845a180b74b788af7a7c7467c8a67d9d | Success | Accept Bid For Punk | 24600758 | 2026-03-06 20:19:11 | 0x90be4e1da4bb2f464576749abac99774148bc9a2 | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00000522 |
| 0x44254c7d79d73663db117d54ac7bdfc2f7ef6f1bc304df8e3528cb7c3b3f7ec5 | Success | Enter Bid For Punk | 24600741 | 2026-03-06 20:15:47 | 0x22d7c787286a8f3d176d78e8c5cf8bf5be420e9b | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 30.5 ETH | $60,602.87 | 0.00000855 |
| 0x9088326ec9e1a43b78296e1b0667b4dc17bf5c36b7dcb43fcc8ba9ffaf016a02 | Success | Withdraw Bid For Punk | 24600732 | 2026-03-06 20:13:59 | 0x22d7c787286a8f3d176d78e8c5cf8bf5be420e9b | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00000303 |
| 0xe875babc901ed37e4908e8252418aca97630648a4144355d5e5f3397170ccdf3 | Success | Offer Punk For Sale | 24600708 | 2026-03-06 20:08:59 | 0x90be4e1da4bb2f464576749abac99774148bc9a2 | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00000403 |
| 0x923a101384d990785da0f68794f695cb72418d781754f2bd409db7f207dfab48 | Success | Enter Bid For Punk | 24600674 | 2026-03-06 20:02:11 | 0x22d7c787286a8f3d176d78e8c5cf8bf5be420e9b | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 37.5 ETH | $74,511.73 | 0.00000708 |
| 0x8c5750607caeecf6d454105a8910408c50b9e900e3e76793d43c6091ab297851 | Success | Withdraw | 24600647 | 2026-03-06 19:56:47 | 0x0b7a4f98e533258cc957f0baf454053ecc6ebdaa | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00000047 |
| 0xc207333f175130c28f1952a46a950ec600455398eb615b1acbc432f98a0696b1 | Success | Withdraw Bid For Punk | 24600575 | 2026-03-06 19:42:23 | 0x0f8bd7b597c655869e58b9c1bcfa4ddfe590259d | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.0000879 |
| 0x292d7dfce4ee5c710da9caca612ca203ed7f145757b17c4af5b3ed1117921b6a | Success | Offer Punk For Sale | 24600538 | 2026-03-06 19:34:47 | 0xb65b4fd4dcb639b400fbd3d0ee5d272b5e49c2a8 | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00016442 |
| 0xdcd71a935ed962ff2ae26226f34df58ee08b2dd99b608ecfb4d8b78773e350f2 | Success | Enter Bid For Punk | 24600524 | 2026-03-06 19:31:59 | 0x0f8bd7b597c655869e58b9c1bcfa4ddfe590259d | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 27 ETH | $53,648.44 | 0.00020122 |
| 0xf1a4f7f02c31aa5f02cba8fa1cb6c2c524b3e7ec691b40c0cad023ff4801dede | Success | Withdraw Bid For Punk | 24600502 | 2026-03-06 19:27:35 | 0x0f8bd7b597c655869e58b9c1bcfa4ddfe590259d | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00008866 |
| 0x9b5381188f205898a468e20da141698b2488ddc8d72aa12b64dddd0cf8030818 | Success | Enter Bid For Punk | 24600496 | 2026-03-06 19:26:23 | 0x0f8bd7b597c655869e58b9c1bcfa4ddfe590259d | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 30.5 ETH | $60,602.87 | 0.00020376 |

UNOFFICIAL DOCUMENT

| ■Transaction Hash | Status | Method | Blockno | DateTime (UTC) | From | From_Nametag | To | To_Nametag | Amount | Value (USD) | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x5aef63e459b769818dd1fca1cf124f21be3448954c5c7a357737ce83fd35df3b | Success | Withdraw Bid For Punk | 24600492 | 2026-03-06 19:25:35 | 0x0f8bd7b597c655869e58b9c1bcfa4ddfe590259d | | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00008892 |
| 0x4e0dd7caa2cb0ef1f7a5fd208a2f5a4e27c6b57008479bfc9501b3968b5ee863 | Success | Withdraw | 24600489 | 2026-03-06 19:24:59 | 0x1919db36ca2fa2e15f9000fd9cdc2edcf863e685 | punksOTC | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00000264 |
| 0x7bfb0429a4cdc79933aac137cbad663cd455d1a498ec881c42caa15547da3a20 | Success | Withdraw Bid For Punk | 24600489 | 2026-03-06 19:24:59 | 0xe8849053cfaa8e0a043e8ed178c324744ef60db7 | urhomie.eth | 0xb47e3cd837dDF8e4c57F05d70Ab865de6e193BBB | CryptoPunks: ■ Token | 0 ETH | $0.00 | 0.00009337 |

UNOFFICIAL DOCUMENT

# EXHIBIT 7 — Plaintiff's 141 V1 CryptoPunks: Verified Asset List

*Legal Purpose: Complete list of 141 V1 CryptoPunks held in Plaintiff's Wallet — asset-level documentation of property at issue.*

*Displaying 1 selected records of 1 total on file. Full dataset preserved on record.*

| Rank | number_owned | owner |
|---|---|---|
| 1 | 40 | rsjwyfcrssRRtU1DKPoaxnXbvSDUmcLGmg |

UNOFFICIAL DOCUMENT

# V1 Contract — First Interactions | June 9, 2017 (starting06_09_17)

*V1 CryptoPunks contract interactions beginning June 9, 2017 — Operations Wallet 0xc352 confirmed as first wallet to interact.*

*Showing 25 of 5000 total records on file.*

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN(ETH) | Value_OUT(ETH) | CurrentValue @ $3149.3605084980 6/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x9fef127966d59d440c70f28c8e6f1eac3af0d91f94384e207deb3c98ff9c3088 | 3842489 | 1496967770 | 2017-06-09 00:22:50 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | 0 | 0 | 0 | 0.0112737 6 | 35.505134 5262851 | 279.11 | | | 0x60c06040 | |
| 0xfc1d05511689 3979c349fdf1cbf7c93a514b36243f3a323090c5e9f6316db7e2 | 3842600 | 1496969313 | 2017-06-09 00:48:33 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.00009 | 0.2834424 45764825 | 279.11 | Error(0) | Out of gas | Reserve Punks For Owner | |
| 0x49dbdf0355bec55f16e211a0b8cfbadc7723b535a025c6c30bda8b62fc1b0996 | 3842612 | 1496969625 | 2017-06-09 00:53:45 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.0014829 64 | 4.6703882 5712432 | 279.11 | | | Reserve Punks For Owner | |
| 0xb1387d84fc7a207e25d0dccf6d37457a7addb8b57ef8e42e24d2a10a7ae72442 | 3842648 | 1496970121 | 2017-06-09 01:02:01 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.0014379 64 | 4.5286670 342419 | 279.11 | | | Reserve Punks For Owner | |
| 0xd1edb119ba4a96f4ccc0c750bf080e0ec3552ea435096786ffae2a65c62d62fd | 3842752 | 1496971763 | 2017-06-09 01:29:23 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.0014379 64 | 4.5286670 342419 | 279.11 | | | Reserve Punks For Owner | |
| 0x55ed702c2e49e1347ba356843e425e0df2d57a1d50963e6db9874f1e94152c00 | 3842758 | 1496971836 | 2017-06-09 01:30:36 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.0014379 64 | 4.5286670 342419 | 279.11 | | | Reserve Punks For Owner | |
| 0x743b808a3d2ddf95285db7ed05753b21d4d8bbdc440142e9b4516fb5651c75e8 | 3842783 | 1496972319 | 2017-06-09 01:38:39 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.0028759 28 | 9.0573340 6848381 | 279.11 | | | Reserve Punks For Owner | |

UNOFFICIAL DOCUMENT

# V1 Contract — First Interactions | June 9, 2017 (starting06_09_17)

*V1 CryptoPunks contract interactions beginning June 9, 2017 — Operations Wallet 0xc352 confirmed as first wallet to interact.*

*Showing 25 of 5000 total records on file.*

| Transaction Hash | Bloc<br>kno | UnixTime<br>stamp | DateTime<br>(UTC) | From | From_PrivateT<br>ag | To | To_PrivateTag | ContractAddre<br>ss | Valu<br>e_IN(<br>ETH) | Valu<br>e_OU<br>T(ET<br>H) | Curr<br>entV<br>alue<br>@ $3<br>149.3<br>6050<br>8498<br>06/Et<br>h | TxnF<br>ee(E<br>TH) | TxnF<br>ee(U<br>SD) | Historical<br>$Price/Eth | Statu<br>s | ErrC<br>ode | Method | PrivateN<br>ote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x9fef127966d59d440c70f28c8e6f1eac3af0d91f94384e207deb3c98ff9c3088 | 3842489 | 1496967770 | 2017-06-09 00:22:50 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | 0 | 0 | 0 | 0.0112737 6 | 35.505134 5262851 | 279.11 | | | 0x60c060 40 | |
| 0xfc1d055116893979c349fdf1cbf7c93a514b36243f3a323090c5e9f6316db7e2 | 3842600 | 1496969313 | 2017-06-09 00:48:33 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.00009 | 0.2834424 45764825 | 279.11 | Error(0) | Out of gas | Reserve Punks For Owner | |
| 0x49dbdf0355bec55f16e211a0b8cfbadc7723b535a025c6c30bda8b62fc1b0996 | 3842612 | 1496969625 | 2017-06-09 00:53:45 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.0014829 64 | 4.6703882 5712432 | 279.11 | | | Reserve Punks For Owner | |
| 0xb1387d84fc7a207e25d0dccf6d37457a7addb8b57ef8e42e24d2a10a7ae72442 | 3842648 | 1496970121 | 2017-06-09 01:02:01 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.0014379 64 | 4.5286670 342419 | 279.11 | | | Reserve Punks For Owner | |
| 0xd1edb119ba4a96f4ccc0c750bf080e0ec3552ea435096786ffae2a65c62d62fd | 3842752 | 1496971763 | 2017-06-09 01:29:23 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.0014379 64 | 4.5286670 342419 | 279.11 | | | Reserve Punks For Owner | |
| 0x55ed702c2e49e1347ba356843e425e0df2d57a1d50963e6db9874f1e94152c00 | 3842758 | 1496971836 | 2017-06-09 01:30:36 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.0014379 64 | 4.5286670 342419 | 279.11 | | | Reserve Punks For Owner | |
| 0x743b808a3d2ddf95285db7ed05753b21d4d8bbdc440142e9b4516fb5651c75e8 | 3842783 | 1496972319 | 2017-06-09 01:38:39 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.0028759 28 | 9.0573340 6848381 | 279.11 | | | Reserve Punks For Owner | |

UNOFFICIAL DOCUMENT

| Transaction Hash | Blockno | UnixTimestamp | DateTime (UTC) | From | From_PrivateTag | To | To_PrivateTag | ContractAddress | Value_IN(ETH) | Value_OUT(ETH) | CurrentValue @ $3149.36050849806/Eth | TxnFee(ETH) | TxnFee(USD) | Historical $Price/Eth | Status | ErrCode | Method | PrivateNote |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0x4981aa23eaf9f3452a23602a6746c1d5548da01394ba7906dba562274ef8de7d | 3843025 | 1496976409 | 2017-06-09 02:46:49 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.0573340 6848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x9a0d0c25e07d36f7fb75c3c536a906fe4f1abe339a5685f846686f75d5073915 | 3843058 | 1496976891 | 2017-06-09 02:54:51 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.0573340 6848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x89feb13adfe287bc9447a4b13a7771325c53c73c01a635fa129d4d6d7487b5f5 | 3843188 | 1496979401 | 2017-06-09 03:36:41 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.0573340 6848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x8c38348601590b4ba2953a7e8ed4540c77954cf56e5b613607379d3a24b18dba | 3843256 | 1496980446 | 2017-06-09 03:54:06 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.0573340 6848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x898fd1e7fa9c7a76f14becd0595e7b1be761162ca4f151c87d1554c496b98add | 3843262 | 1496980641 | 2017-06-09 03:57:21 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.0573340 6848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x386b1efb35c87e7ae66e1c408d8750faa1340561b4b26524417f1d72f8abbddf | 3843272 | 1496980765 | 2017-06-09 03:59:25 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.002875928 | 9.0573340 6848381 | 279.11 | | | Reserve Punks For Owner | |
| 0x84335404c17162119b47fddf56f08e9b1a10a593aa35ad53664a733f935898eb | 3843337 | 1496981719 | 2017-06-09 04:15:19 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.000440368 | 1.3868775 8840627 | 279.11 | | | Get Punk | |
| 0xfe2b408feea80dfb97f330fcdb2ddb279bcb537f089321dcfbc2da016b8a4931 | 3843338 | 1496981739 | 2017-06-09 04:15:39 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.000440368 | 1.3868775 8840627 | 279.11 | | | Get Punk | |
| 0xb32ef5c017974cc70d7ed9ff4f9fa79f84eb9186bbe68aa925d751b5039e7d2b | 3843346 | 1496981885 | 2017-06-09 04:18:05 | 0xc352b534e8b987e036a93539fd6897f53488e56a | - | 0x6ba6f2207e343923ba692e5cae646fb0f566db8d | - | | 0 | 0 | 0 | 0.000440368 | 1.3868775 8840627 | 279.11 | | | Get Punk | |

UNOFFICIAL DOCUMENT

V2 SERIES AS EXHIBITS C, D & E BLOCK CHAIN RECORDS ARE EXTENSIVE ETHERSCAN.IO & POLYGON BLOCK CHAIN

CryptoPunks 28.8...
opensea.io

Details | Orders | Activity

## About

**About CryptoPunks**

A collection by

CryptoPunks launched as a fixed set of 10,000 items in mid-2017 and became one of the inspirations for the ERC-721 standard. They have been featured in places like The New York Times, Christie's of London, Art|Basel Miami, and The PBS NewsHour.

## Blockchain details

| | |
|---|---|
| Contract Address | 0xb47e...3bbb ↗ |
| Token ID | 1894 |
| Token Standard | CRYPTOPUNKS |
| Chain | Ethereum |
| Metadata ⓘ | Fully onchain |

## More from this collection

1:04

CryptoPunks...
cryptopunks.app

WORKS WITH ALL EXHIBITS COMBINE WITH A,B C,D,E EXHIBITS

# CryptoPunks

Punks / Accounts / 0x26f74471

## Account Details

**0x26f744711ee9e5079c**

Click to Watch this Account

UNOFFICIAL DOCUMENT

EtherScan - 10 POLYGONE BLOCK CHAIN
**0x26f744711ee9e5079c**

BLOCK CHAIN RECORDS ARE EXTENSIVE

OpenSea Account
None

ENS Name
None

Total Punks Owned
**141**

Last Active

EXHIBIT B

MY 0x26F744711 ee9e......4de6 IS BLOCKED FROM INTERACTING WITH THIS WALLET

Null: 0x00...

Jul 8, 2025

2:50 AM

etherscan.io

Search by Address / Txn Hash / Blo

Back up now

Etherscan Sign In

## Address

0x0000000000000000000000000000000000000000

0 99+

Buy Play Gaming

Sponsored: MetaWin: Anonymous Play & Instant Payouts on 4,000+ games! **Play with crypto now.**

This address is not owned by any user, is often associated with token burn & mint/genesis events and used as a generic null address

Null: 0x000...000 # Blocked # Burn # Genesis

</> API

### Overview

ETH BALANCE

14,122.65953496790774082 ETH

= Approx. $395,434,46

ETH VALUE

More than 400 tokens found, listing and displaying the total balance of the first 200 tokens only. Click on the Coins icon to see the full list and balance.

Share 99686537 Edit 989219.. Add to kens) Trash

JULY 8th 2025 ETH PRICE 2800-3,000 RANGE 3,000 JULY 10th

39 ABOVE MILLION HELD AT THIS POINT IN DOLLARS

UNOFFICIAL DOCUMENT

A

(D)

ORIGINAL UI SMART CONTRACT WITH WORKS 0X0D000...

BOTH RESTRICTED

1:16

Address: 0x...
etherscan.io

Search by Address / Txn Hash / Blo

Etherscan Sign In

## Contract

0x6Ba6f2207e343923BA692e5Cae646Fb0F566DB8

D

Buy Presale Play Gaming

**Sponsored:** **MetaWin:** FREE TO ENTER - Win 1 Bitcoin (BTC) ! **Claim Now.**

Cryptopunks token contract has migrated to a new address. The new token can be found here.

**Cryptopunks: Old Token** **Source Code**

**# CryptoPunks** **# Old Contract**

</> API

**Overview**

ETH BALANCE
4.64 ETH

ETH VALUE

UNOFFICIAL DOCUMENT

EXHIBIT D

(D)

1:14

Address: 0x1...
etherscan.io

Search by Address / Txn Hash / Blo

Etherscan

Sign In

# Address

0x1335242f595F7da21Ba9Dd5CF2bd75D143Be6a3

0

2

Buy Presale Play Gaming

**Sponsored:** **Bitcoin Hyper**: Bitcoin's FIRST L2 for Fast, Low-Cost Transactions! Presale LIVE! **BUY $HYPER**

</> API

UNOFFICIAL DOCUMENT

## Overview

ETH BALANCE

0.244719256630086654 ETH

ETH VALUE

$1,053.34 (@ $4,304.27/ETH)

TOKEN HOLDINGS

$0.00 (6 Tokens)

## More Info

Address 0x0..25

etherscan.io

Search by ... / Blo

Back up now

Etherscan

Sign In

## Address

0x26f744711ee9e5079CbEaF318ba8a8e938844de6

24

Buy | Presale | Play | Gaming

API

### Overview

ETH BALANCE

0.075743807 ETH

ETH VALUE

$325.71 (@ $4,300.18/ETH)

TOKEN HOLDINGS

$4.23 (109 Tokens)

TO CONFIRM

### More Info

PRIVATE NAME TAGS

+ Add

Share Edit Add to Trash

WORK AS A B & C EXHIBITS Blockchain files Records 1,000's of PAGES CAN BE PROVIDED UPON Request

UNOFFICIAL DOCUMENT

EXHIBIT CD
HB & E
No Active TRANSACTIONS SINCE FIRST EARLY JUNE 2017 AS THE OTHER V2 SMART CONTRACT Acrues DAILY TRANSACTIONS IN UNCCOUNTED VALUES 100, OF MILLIONS
SEE THE OTHER 5 ENTRIES OF THE SAME WALLET

22:23

Ask Imagine

or by exchange bought

4 pages

The wallet 0x26f744711ee9e5079cbeaf318ba8a8e938844de6 (the one holding 141 untouched V1 CryptoPunks since June 2017, associated with the MR703 pseudonym) shows no visible incoming ETH transfers from any external wallet (including another owned one or an exchange) in the public on-chain history leading up to or during the claim period.

## On-Chain Funding Details

- Earlies Think Harder in mid-June 2017 (around block

Ask anything

Auto Speak

UNOFFICIAL DOCUMENT

PUBLIC FACE

WALLET DISCREPANCY

CROSS CONTRAST




4 Depictions of THE SAME WALLET BUT PRIMARY PUBLIC FACING WALLET SINCE 2017 NO OUTGOING TRANSACTION

D

WALLET DISCREPANCY



WALLET DISCREPANCY



DISCREPANCY
EXHIBIT
(E)




INDIVIDUAL BLOCKCHAIN DATA IS 1800's OF PAGES
THESE WALLETS ARE LIVE
EACH CLAIM AS presented
PROVIDING 1,000s OF PAGES FOR EACH WALLET WOULD ONLY COMPLICATE VIEW

Specifics ONCHAIN LIVE DATA ETHERSCAN.IO

April 2025
3493.03 ETH
AT 1,400 to 1,800

4.5 MILLION WEALT MISSING IN April 2025

WALLET DISCREPANCY

EXHIBITS A B C D E ALL WORK TOGETHER (WE HAVE A SUMMARY)

12:33 · 5G 83



# CryptoPunks

BY C352B5 ETHEREUM 9,994 ITEMS JUN 2017 PFPS CRYPTOPUNKS

| FLOOR PRICE | TOP OFFER | TOTAL VOLUME | OWNERS (UNIQUE) |
| --- | --- | --- | --- |
| 29.40 ETH | – | 1.4M ETH | 3.83K |

Details

primary:Download/cryptopunks-collection (2).png

MARKET CAPITALAZATION (1.4)

V2 WALLET OR WRAPPED V1's

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT,**
**IN AND FOR HIGHLANDS COUNTY, FLORIDA**
**CIVIL DIVISION**

**ROBIN EARL PAULK,**
Plaintiff,
v.
**LARVA LABS, LLC,**
Defendant.
Case No.: 282026CA000036GCAXMX

# AFFIDAVIT OF DAMAGES

UNOFFICIAL DOCUMENT

STATE OF FLORIDA
COUNTY OF HIGHLANDS

BEFORE ME, the undersigned authority, personally appeared Robin Earl Paulk, who being duly sworn, deposes and says:

## I. OWNERSHIP AND CREATION OF V1 ASSETS

**1.** I am the Plaintiff in the above-captioned action and am competent to make this Affidavit. I have personal knowledge of all facts stated herein.

**2.** On June 9, 2017, I minted and broadcasted one hundred forty-one (141) CryptoPunks V1 assets onto the Ethereum blockchain using tools provided by Defendant Larva Labs, LLC. This was the original deployment date of the CryptoPunks V1 smart contract.

**3.** These assets were acquired at zero ETH cost and are held in wallet address 0x26f744711ee9e5079CbEaF318ba8a8e938844de6, where they have remained dormant and unchallenged since their creation.

**4.** As the original minter and broadcaster of these assets on June 9, 2017, I am the sole creator and rightful owner of these 141 V1 CryptoPunks.

**5.** On-chain records and immutable blockchain provenance confirm that these assets originated from my wallet and represent the foundational and authentic CryptoPunks collection, predating Defendant's V2 deployment by exactly fourteen (14) days.

## II. THE CONVERSION — TIMELINE OF WRONGFUL CONDUCT

**6.** On June 23, 2017, precisely fourteen (14) days after my original V1 broadcast on June 9, 2017, Defendant Larva Labs deployed an alternative V2 smart contract. This fourteen-day window demonstrates that Defendant had full knowledge of my V1 minting activity, yet deployed V2 as a substitution strategy without authorization from, or notice to, original V1 minters.

**7.** Between January 2022 and February 2022, Defendant engaged in deceptive conduct that directly harmed V1 holders, including myself. One co-founder of Defendant Larva Labs sold all forty (40) of his personally held V1 Punks for approximately 260 ETH — generating approximately $622,000 in proceeds — through a secondary wallet. This was done prior to, or concurrent with, Defendant's public disavowal of the V1 collection.

**8.** Immediately following or concurrent with these profitable V1 sales, Defendant Larva Labs publicly declared that V1 Punks were 'not official' and issued a Digital Millennium Copyright Act (DMCA) takedown notice to OpenSea, removing V1 assets from the leading NFT marketplace and destroying trading liquidity for V1 holders.

**9.** This sequence of conduct is economically irrational as a good-faith business decision and demonstrates conscious wrongdoing: Defendant profited from V1 asset sales before systematically suppressing the V1 market. Defendant later used a portion of the V1 sale proceeds — proceeds derived from assets originating with Plaintiff's creative work — to purchase V2 Punks and make charitable donations.

**10.** Defendant later publicly apologized for the V1 sales, characterizing them as 'stupid' and a 'bad decision,' yet the DMCA takedown and market suppression were never remedied, and the damage to V1 holder market value, liquidity, and trading confidence was permanent.

**11.** Defendant's actions — the V2 deployment, the public disavowal, the DMCA takedown, and the marketplace removal — constitute wrongful conversion of my property, depriving me of the market value, liquidity, and trading opportunity that my 141 V1 assets would have commanded as the first-to-market, foundational CryptoPunks collection.

## III. FAIR MARKET VALUE CALCULATION

**12.** The fair market value of my converted V1 assets is properly measured by the current CryptoPunks V2 floor price, which represents the verifiable liquid market value of the CryptoPunks asset class — the class that Defendant directed all market activity and liquidity toward following the suppression of V1.

**13.** As of April 11, 2026, the CryptoPunks V2 floor price is 27.99 ETH per asset, as verified through public blockchain market tracking services.

**14.** Calculation of principal damages:

141 V1 assets x 27.99 ETH = 3,946.59 ETH

3,946.59 ETH x $2,310 USD/ETH = $9,116,622.90

**15.** Principal Damages: $9,116,622.90

## IV. PREJUDGMENT INTEREST

**16.** Prejudgment interest accrues pursuant to Florida Statute section 55.03 at the rate established by the Florida Chief Financial Officer for the quarter beginning April 1, 2026: 8.25% per annum.

**17.** Interest accrues from March 23, 2026 — the date Defendant's response deadline expired with no appearance — through April 13, 2026, a period of 21 days.

**18.** Prejudgment interest calculation:

$9,116,622.90 x 8.25% = $752,371.39 annually (BASE TIME FRAME INTREST)

$752,371.39 / 365 days = $2,060.74 per day

$2,060.74 x 21 days = $43,275.54

**19.** Prejudgment Interest: $43,275.54

**20.** TOTAL JUDGMENT: $9,159,898.44 — (TOTAL AFTER THE 21 DAYS INCLUDING MARCH 23rd to APRIL 13th 2026)

## V. TRUTH OF STATEMENTS

**21.** I declare under penalty of perjury under the laws of the State of Florida that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT.

Sworn to and subscribed before me this 22nd day of April 2026.

**Robin Earl Paulk, Plaintiff Pro Se**
4232 Ponce de Leon Boulevard, Sebring, Florida 33872

NOTARY PUBLIC, State of Florida
My Commission Expires: 8/27/27

CHRYSTAL K. WILLIAMS
Notary Public - State of Florida
Commission # HH 437692
My Comm. Expires Aug 27, 2027
Bonded through National Notary Assn.

UNOFFICIAL DOCUMENT

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA**

Case No.: 282026CA000036GCAXMX
Section 10-Civil

ROBIN EARL PAULK,

Plaintiff,

v.

LARVA LABS, LLC,

Defendant.
_______________________________________/

**NOTICE OF APPEARANCE AND
DESIGNATION OF EMAIL ADDRESSES**

PLEASE TAKE NOTICE that Daniel T. Stabile of Winston & Strawn LLP hereby enters his Appearance and Designation of Email Addresses in the above-captioned matter as counsel for Defendant and in accordance with Florida Bar Rule of Judicial Administration 2.516, hereby designates the following email addresses for receipt of all pleadings, orders, papers, notices, discovery, and documents in the above-styled action:

DANIEL T. STABILE, ESQ.
Primary e-mail: DStabile@winston.com
Secondary e-mail: ecf_houston@winston.com

Dated: April 29, 2026

Respectfully submitted,

*/s/ Daniel T. Stabile*

Daniel T. Stabile, Esq.
Florida Bar No. 95750
WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 1700
Miami, FL 33131
Telephone: (305) 910-0787
Facsimile: (305) 910-0505
Email: DStabile@winston.com
Secondary e-mail: ecf_houston@winston.com

UNOFFICIAL DOCUMENT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Florida Courts E-Filing Portal. I also certify that the foregoing document is being served on all counsel of record by e-mail generated by the E-Portal system. I further certify that on April 29, 2026, a true and correct copy of the foregoing document is being served via electronic mail to Robin Earl Paulk at dorkiesnfts@gmail.com.

*/s/ Daniel T. Stabile*
Daniel T. Stabile

UNOFFICIAL DOCUMENT

Filing # 247103782 E-Filed 04/29/2026 02:30:51 PM

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA**

Case No.: 282026CA000036GCAXMX
Section 10-Civil

ROBIN EARL PAULK,

Plaintiff,

v.

LARVA LABS, LLC,

Defendant.
_____________________________________/

**NOTICE OF APPEARANCE AND
DESIGNATION OF EMAIL ADDRESSES**

PLEASE TAKE NOTICE that Hamza B. Rashid of Winston & Strawn LLP hereby enters his Appearance and Designation of Email Addresses in the above-captioned matter as counsel for Defendant and in accordance with Florida Bar Rule of Judicial Administration 2.516, hereby designates the following email addresses for receipt of all pleadings, orders, papers, notices, discovery, and documents in the above-styled action:

HAMZA B. RASHID, ESQ.
Primary e-mail: HRashid@winston.com
Secondary e-mail: ecf_houston@winston.com

Dated: April 29, 2026

Respectfully submitted,

*/s/ Hamza B. Rashid*

Hamza B. Rashid
Florida Bar No. 1059041
WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 1700
Miami, FL 33131
Telephone: (305) 910-0530
Facsimile: (305) 910-0505
Email: HRashid@winston.com
Secondary e-mail: ecf_houston@winston.com

UNOFFICIAL DOCUMENT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Florida Courts E-Filing Portal. I also certify that the foregoing document is being served on all counsel of record by e-mail generated by the E-Portal system. I further certify that on April 29, 2026, a true and correct copy of the foregoing document is being served via electronic mail to Robin Earl Paulk at dorkiesnfts@gmail.com.

*/s/ Hamza B. Rashid*
HAMZA B. RASHID

UNOFFICIAL DOCUMENT

Filing # 247230883 E-Filed 04/30/2026 05:17:32 PM

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT,**
**IN AND FOR HIGHLANDS COUNTY, FLORIDA**

**CASE NO.: 282026CA000036GCAXMX**
**Section 10-Civil**

ROBIN EARL PAULK,

Plaintiff,

vs.

LARVA LABS, LLC,

Defendant.

---

**PLAINTIFF'S MOTION TO SET HEARING ON**
**MOTION FOR FINAL JUDGMENT AFTER ENTRY OF DEFAULT**

COMES NOW, Plaintiff, ROBIN EARL PAULK, pro se, and respectfully moves this Court to set a hearing on Plaintiff's Motion for Final Judgment After Entry of Default, and states:

1. On April 13, 2026, the Clerk of Court entered a Clerk's Default against Defendant, LARVA LABS, LLC, pursuant to Florida Rule of Civil Procedure 1.500(a).

2. On April 22, 2026, Plaintiff filed a Motion for Final Judgment After Entry of Default and Affidavit of Damages. The Proposed Final Judgment was placed in Judge Beato's basket by the Clerk of Court.

3. On April 29, 2026, counsel from Winston & Strawn LLP filed Notices of Appearance on behalf of Defendant.

4. Plaintiff respectfully requests this Court set a hearing on the Motion for Final Judgment After Entry of Default at the Court's earliest available date.

5. Plaintiff is available on all openall dates as of May 1st 2026 at earliest open hearing .

May 6, 2026 — 10:15 AM or 1:45 PM

May 7, 2026 — 2:15 PM

May 12, 2026 — 1:45 PM

May 13, 2026 — 10:45 AM

WHEREFORE, Plaintiff respectfully requests this Court schedule a hearing on Plaintiff's Motion for Final Judgment After Entry of Default at the earliest available date convenient to the Court.

Respectfully submitted,

/s/ Robin Earl Paulk
**ROBIN EARL PAULK, Pro Se Plaintiff**
Highlands County, Florida

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court and served upon Hamza B. Rashid, Esq. and Daniel T. Stabile, Esq., Winston & Strawn LLP, counsel for Defendant, via the Court's e-filing system on this __________ day of April, 2026.

/s/ Robin Earl Paulk

ROBIN EARL PAULK, Pro Se